**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Old Case No. 2:26-cv-00671 AC<br>New Case No. 2:26-cv-00671-JLT EPG<br><br>**ORDER RELATING CASES, WITHDRAWING THE REFERENCE TO THE MAGISTRATE JUDGE AND ASSIGNING DISTRICT AND MAGISTRATE JUDGES** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to *California Natural Resources Agency, et al. v. Raimondo, et al.,* No. 1:20-cr-00426-JLT-EPG, which is the lead case in the set of member cases. The instant action arose out of the same subject matter as in *California Natural Resources Agency.* Under Local Rule 123, an order relating these cases to the same district judge and magistrate judge does not consolidate the matters, but it will promote convenience, efficiency, and economy for the court and parties and will avoid the substantial duplication of labor if heard by different judges.

Good cause appearing, this Court **ORDERS** that the above-captioned action is reassigned to U.S. District Judge Jennifer L. Thurston with new **CASE NO. 2:26-cv-00671-JLT EPG.** All documents shall bear the new **CASE NO. 2:26-cv-00671-JLT EPG** and the reassignment to U.S. District Judge Jennifer L. Thurston. The Court is aware of the pending motions (Docs. 4, 6, 11, 12) and will turn its attention to these motions as soon as possible. The briefing schedule for the

1

motions at Docket entries 6 and 11 shall remain in effect, though the hearing on those motions is **VACATED**. The Court will re-set hearings if it determines oral argument is needed.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

_____
UNITED STATES DISTRICT JUDGE