

**FILED**



## United States District Court
## Eastern District of California

MAR 2 5 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

| San Francisco Baykeeper, et al. |
|---|

Plaintiff(s)

V.

| U.S. Bureau of Reclamation, et al. |
|---|

Defendant(s)

Case Number: 2:26-CV-00671- ▮  **EPG**

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Bella K. Sewall _____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Westlands Water District, Westlands Water District No. 1, and Westlands Water District No. 2

On ___12/19/2018___ (date), I was admitted to practice and presently in good standing in the
___District of Columbia___ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:___03/18/2026___   Signature of Applicant: /s/ Bella K. Sewall _____

---

**Pro Hac Vice Attorney**

Applicant's Name:                    Bella K. Sewall

Law Firm Name:                       Brownstein Hyatt Farber Schreck, LLP

Address:                             600 Massachusetts Avenue NW

                                     Suite 400

City:                  Washington          State:  D.C.      Zip:  20001

Phone Number w/Area Code:  (202) 216-4872

City and State of Residence:  Washington D.C.

Primary E-mail Address:       bsewall@bhfs.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:                Elisabeth L. Esposito

Law Firm Name:                       Brownstein Hyatt Farber Schreck, LLP

Address:                             1415 L Street

                                     Suite 800

City:                  Sacramento          State:  CA       Zip:  95814

Phone Number w/Area Code:  (916) 594-9717          Bar #  300983

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3-25-2026

JUDGE, U.S. DISTRICT COURT



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Bella Katy Sewall*

*was duly qualified and admitted on December 19, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 18, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*