

**United States District Court**
**Eastern District of California**

FILED

APR 1 5 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY:_____
DEPUTY CLERK

| San Francisco Baykeeper, et al. |
|---|

Plaintiff(s)

Case Number: | 2:26-CV-00671-AC |

V.

| U.S. Bureau of Reclamation, et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jared Margolis _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Center for Biological Diversity, Friends of the River

On _____12/10/2014_____ (date), I was admitted to practice and presently in good standing in the _____Oregon Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____03/02/2026_____     Signature of Applicant: /s/ Jared Margolis _____

**Pro Hac Vice Attorney**

Applicant's Name:     Jared Margolis

Law Firm Name:     Center for Biological Diversity

Address:     2852 Willamette St. # 171

City:     Eugene          State:     OR     Zip:     97405

Phone Number w/Area Code:     (802) 310-4054

City and State of Residence:     Eugene, OR

Primary E-mail Address:     jmargolis@biologicaldiversity.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     Harrison Beck

Law Firm Name:     Center for Biological Diversity

Address:     2100 Franklin St., Suite 375

City:     Oakland          State:     CA     Zip:     94612

Phone Number w/Area Code:     (510) 844-7100          Bar #     SBN 341717

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/15/26

_____
JUDGE, U.S. DISTRICT COURT



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JARED M. MARGOLIS

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the

10th day of December, 2014

JARED M. MARGOLIS

was admitted to the practice of law in the Supreme Court and all other courts in the State of

Oregon, and is now an attorney in good standing.

February 26, 2026.

NANCY COZINE
State Court Administrator

Authorized Representative