

**United States District Court**
**Eastern District of California**

**FILED**

APR 1 7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| SAN FRANCISCO BAYKEEPER, et al. |
|---|

Plaintiff(s)

V.

| U.S. BUREAU OF RECLAMATION, et al. |
|---|

Defendant(s)

Case Number:  | 2:26-cv-00671-JLT-EPG |

**APPLICATION FOR PRO HAC VICE**
**AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jenna R. Mandell-Rice _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

The State Water Contractors.

On _____October 1, 2015_____ (date), I was admitted to practice and presently in good standing in the

_Supreme Court of Washington_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

  N/A

Date:_April 16, 2026_____          Signature of Applicant: /s/ _Jenna R. Mandell-Rice_____

**Pro Hac Vice Attorney**

Applicant's Name: Jenna R. Mandell-Rice

Law Firm Name: VAN NESS FELDMAN LLP

Address: 1191 Second Avenue, Suite 1800

City: Seattle   State: WA   Zip: 98101

Phone Number w/Area Code: (206) 623-9372

City and State of Residence: Seattle, WA

Primary E-mail Address: jrm@vnf.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison E. McAdam

Law Firm Name: VAN NESS FELDMAN LLP

Address: 3717 Mt. Diablo Blvd., Suite 200

City: Lafayette   State: CA   Zip: 94549

Phone Number w/Area Code: (925) 282-8016   Bar # 226683

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/17/26

JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 49667 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| JENNA ROSE MANDELL-RICE | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |
| _____ | ) | |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**JENNA ROSE MANDELL-RICE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on October 1, 2015, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 23rd day of
March, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court