John Buse (CA Bar No. 163156)
Harrison Beck (CA Bar No. 341717)
Jared Margolis (OR Bar No. 146145, Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, CA 94612
Tel: (510) 844-7100
jbuse@biologicaldiversity.org
hbeck@biologicaldiversity.org
jmargolis@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity
and Friends of the River*

Eric J. Buescher (CA Bar No. 271323)
Christina D. Ralston (CA Bar No. 362848)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
eric@baykeeper.org
christie@baykeeper.org

*Attorneys for Plaintiff San Francisco Baykeeper*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF RECLAMATION, et al., <br><br> Defendants. | Case No.: 2:26-CV-00671–JLT–EPG <br><br> **DECLARATION OF DR. JONATHAN A. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Jennifer L. Thurston <br><br> Action Filed: March 2, 2026 |

1

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**TABLE OF CONTENTS**

I.     BACKGROUND AND QUALIFICATIONS ...................................................... 3

II.    INTRODUCTION AND SUMMARY.......................................................................... 7

III.   CENTRAL VALLEY CHINOOK SALMON ................................................................. 9

     A.      Background ......................................................................................................... 9

     B.      Threats to Central Valley Chinook Salmon Populations ........................................... 10

     C.      Conservation Status, Ecology, and Behavior of Sacramento River Chinook Salmon............................................................................................... 13

         1.      Sacramento River winter-run Chinook Salmon............................................. 13

         2.      Central Valley spring-run Chinook Salmon ................................................... 18

         3.      Sacramento River fall-run Chinook Salmon.................................................. 20

IV.   SHASTA MANAGEMENT AND TEMPERATURE TARGETS OF THE 2024 NMFS BIOLOGICAL OPINION ............................................................. 21

V.     RECLAMATION'S 2026 PLAN FOR SHASTA RESERVOIR AND SACRAMENTO RIVER TEMPERATURE MANAGEMENT DOES NOT COMPLY WITH THE BIOLOGICAL OPINION AND IS LIKELY TO CAUSE SUBSTANTIAL AND AVOIDABLE MORTALITY TO CHINOOK SALMON ........ 25

     A.      Reclamation's Plans for Temperature Management In and Downstream of Shasta Dam Fail to Comply with Operations Specified in the 2024 NMFS Biological Opinion ................................................................................. 25

     B.      Reclamation's Releases of Warm Water from Shasta Reservoir this Summer are Highly Likely to Kill a High Percentage of Winter-run, Spring-run, and Fall-run Chinook Salmon Eggs................................................................................. 28

     C.      Temperature Dependent Mortality of Listed Chinook Salmon and Imperiled Sacramento River Fall-run Chinook Salmon is Likely to Exceed Modeled Estimates ....................................................................................................... 29

     D.      Retaining More Water in Shasta Reservoir through the End of September is Highly Likely to Reduce Egg Mortality ................................................................. 32

         1.      Operating Shasta Reservoir to Retain Additional End-of-September Storage Would Benefit Winter-run Chinook Salmon................................................... 32

         2.      Storing More Water Behind Shasta Dam at the End of September this Year is Likely to Substantially Reduce the Risk of Extreme Mortality Events, Beyond Those Anticipated by Current Modeling ............................. 34

VI.   SUMMARY ..................................................................................................... 36

VII.   REFERENCES CITED....................................................................................... 37

DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

## DECLARATION OF DR. JONATHAN A. ROSENFIELD

1.      I offer this declaration as an expert witness in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. If called to testify, I could and would competently testify to the facts and opinions contained in this declaration.

## I.      BACKGROUND AND QUALIFICATIONS

2.      My full name is Jonathan Alan Rosenfield. I am currently employed as the Science Director for San Francisco Baykeeper ("Baykeeper"), a 501(c)(3) non-profit organization committed to the protection of San Francisco Bay, its watershed, and the communities that rely on these ecosystems. I began working for Baykeeper in February of 2019.

3.      In 1991, I received my Bachelor of Science from Cornell University with a major in natural resources ecology and management. Between 1991 and 1993, I worked as a Research Associate for a non-profit environmental law firm where my projects included conservation of fishes in California's Central Valley and the San Francisco Bay estuary ("SF Bay estuary"), including Chinook Salmon, Longfin Smelt, and Delta Smelt. My projects included researching the effect of reservoir management practices on water temperature impacts to Chinook Salmon spawning downstream of Central Valley Project ("CVP") dams.

4.      I earned a Master of Science degree in 1996 from the University of Michigan's School of Natural Resources and the Environment, where I focused on systematics, behavior, and ecology of fish in the Pacific salmon genus, including Chinook Salmon. My M.S. thesis research led to several peer-reviewed science publications, which are listed in my curriculum vitae, attached as Exhibit 1.

5.      In 2001, I earned my doctorate in ecology, evolution, and animal behavior, from the University of New Mexico, where I focused on the conservation of freshwater and hypersaline fishes of North America. My Ph.D. dissertation led to several peer-reviewed publications in scientific journals, which are also listed in my curriculum vitae.

6.      Following receipt of my doctoral degree, I returned to California to work on fishes of the SF Bay estuary and its Central Valley watershed. My work has focused on the management and

DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

conservation of fish and wildlife populations in this area, including the effects of reservoir operations and water diversions on certain fish populations. In 2002, I began work as a post-doctoral researcher in the laboratory of Dr. Peter Moyle at the University of California – Davis, where I researched the SF Bay estuary's fish assemblage using data from several long-term ecological sampling programs that are run or funded by state and federal agencies. This research led to publication of a peer-reviewed manuscript on Longfin Smelt population dynamics (Rosenfield and Baxter 2007).

7.     In 2004, I served as the first Director of Scientific Peer-review for the CalFed Ecosystem Restoration Program, a multi-agency collaboration of the state and federal governments, during which time I became familiar with research and aquatic ecosystem restoration and research efforts throughout the Central Valley and SF Bay estuary, including those related to restoration of Chinook Salmon populations.

8.     Between 2005 and 2008, I worked as an environmental consultant (both as a sole proprietor/sub-consultant and as an employee of a private consulting firm), during which time I continued to study hydrology and ecological sampling data from the SF Bay estuary and its tributaries. I was hired by the CalFed Ecosystem Restoration program to develop a peer-reviewed life-history conceptual model for the SF Bay estuary's population of Longfin Smelt (Rosenfield 2010), which became the California Department of Fish and Wildlife's ("CDFW") conceptual model on this topic.

9.     In 2008, I was hired to be the Conservation Biologist for The Bay Institute ("TBI"); I was later promoted to be TBI's Lead Scientist. In these positions, on numerous occasions, I offered written and oral testimony to California's State Water Resources Control Board ("Water Board") on topics including: the biological basis for updating objectives and standards in the Bay-Delta Water Quality Control Plan; the ecological effects of updated water quality objectives that the Water Board was considering; the ecological impacts of a proposed new water diversion in the north Delta (known as California WaterFix); the impacts of elevated temperature on Chinook Salmon eggs and rearing juveniles; and the necessary elements of functional adaptive management schemes. Prior to

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

being hired by TBI, I worked with their staff to develop listing petitions for the SF Bay estuary's Longfin Smelt population under the federal Endangered Species Act ("ESA") and California Endangered Species Act ("CESA"). In response to these petitions, the species was listed as threatened under CESA in 2009, and as endangered under the ESA in 2024.

10.    During my tenure at TBI, I worked with a colleague at the U.S. Fish and Wildlife Service ("USFWS") to publish an analysis of Longfin Smelt population dynamics (Nobriga and Rosenfield 2016) and I co-authored another peer-reviewed research article (Reis et al. 2019) in which my colleagues and I investigated the impact of various physical and regulatory constraints on the diversion of water from the SF Bay estuary's watershed and, specifically, the export of water from the Sacramento-San Joaquin Delta by the State Water Project ("SWP") and federal CVP. I also drafted numerous reports, for both technical and lay audiences, including sections of two State of the Estuary reports (SOTER 2015, 2019) produced by the San Francisco Estuary Partnership, and a comprehensive technical report on the physical, chemical, and biological conditions ("stressors") that prevent attainment of biological objectives for Chinook Salmon and Central Valley Steelhead on the Stanislaus River (SEP group 2019).

11.    As an employee of Baykeeper, I have studied, analyzed, commented upon, and offered testimony in federal court on topics including the effects of Central Valley reservoir and water diversion operations on temperature and river flow conditions downstream, particularly as they effect populations of native fishes. In my role with Baykeeper, at the request of the USFWS, I provided scientific peer-review of the agency's ESA species status assessment for Longfin Smelt. In 2023, I was invited by CDFW to provide technical input to a White Sturgeon Community Working Group, tasked with helping to design fishing regulations that would better protect that fish's population in the SF Bay estuary and its watershed. I also authored a petition to list the SF Bay estuary's population of White Sturgeon under both the federal and state endangered species acts. In response to this petition, the California Fish and Game Commission declared California White Sturgeon to be a candidate for listing under CESA.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

12.     I have continued to track Shasta Reservoir management and its impact on the coldwater reserves needed to protect Chinook Salmon eggs incubating downstream of Keswick Dam. I was invited to help advise the U.S. Bureau of Reclamation ("Reclamation") on the development of an environmentally protective operational alternative ("Alternative 3") for the agency's 2024 Environmental Impact Statement ("EIS") for its long-term operations plan for the CVP. I have also reviewed and submitted written comments on several of Reclamation's annual Sacramento River Temperature Management Plans, submitted to the Water Board.

13.     I have previously testified as an expert in federal court on biological impacts on endangered fish species from proposed Central Valley water project operations in *Pacific Coast Federation of Fishermen's Association (PCFFA) v. Ross* (Case No. 3:19-cv-07897-LB) and *PCFFA v. Raimondo* (Case 1:20-cv-00431-DAD-EPG).

14.     Dr. Devon Pearse assisted me in preparation of this declaration. Dr. Pearse reviewed and organized meeting notes, modeling studies, and status assessments shared with his organization (Friends of the River) and Baykeeper to identify key elements in the timeline of agency decision-making by Reclamation and federal and state fish and wildlife agencies during the winter and spring of water year 2026.

15.     Dr. Pearse was hired in July 2025 by Friends of the River ("FOR") to be that organization's Lead Scientist. His professional background is set forth in the curriculum vitae attached as Exhibit 2 to this declaration. He earned a Bachelor of Arts degree in biology from the University of California, Santa Cruz, and a Ph.D. in population genetics from the University of Georgia. Between 2003 and 2025, Dr. Pearse was employed by the National Marine Fisheries Service ("NMFS") as a Research Geneticist. Since 2008 he has also held an appointment as an Adjunct Professor in the University of California Santa Cruz's Department of Ecology and Evolutionary Biology, and as an Affiliated Faculty member of the University of Montana's Department of Ecosystem and Conservation Sciences since 2024. Dr. Pearse has mentored graduate students. He has received numerous contracts, grants, and awards from various federal and state agencies, universities, and foundations to pursue research on various issues related to fisheries,

DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

population biology, ecology, evolution, and genetics. He is the author of more than 50 peer-reviewed scientific publications, primarily on freshwater fish species including Chinook Salmon and anadromous steelhead (a member of the same Pacific salmon genus as Chinook Salmon).

16.     Dr. Pearse's research has employed various scientific tools, especially genetic data, to understand how individuals and populations interact with the ecological systems they inhabit. His research at NMFS focused primarily on salmonid species in California, with a particular focus on the Central Valley, including comparing salmon migration patterns, as well as patterns of variation among major tributaries. In addition, he has collaborated with organizations, including state and federal agencies and tribes, and participated in and advised technical working groups on the management of fish populations in response to dynamically changing water conditions and policies. Dr. Pearse has a detailed understanding of California rivers, including water infrastructure, operations, and policies, and the potential impacts of these factors on fish and wildlife populations, including Chinook Salmon in particular.

## II.     INTRODUCTION AND SUMMARY

17.     Below, I offer analyses and professional judgments of the effects on endangered, threatened, and otherwise at-risk species of Reclamation's planned management of Shasta Reservoir in 2026. The professional opinions expressed in this declaration include:

a.     Winter-run Chinook Salmon and spring-run Chinook Salmon are highly imperiled and their continued existence is in jeopardy.

b.     The likelihood of persistence ("viability")[1] of these two ESA-listed species is negatively impacted by elevated egg mortality rates caused by the release of warm water

---

[1] Population viability refers to the likelihood that a population will sustain itself over a given number of generations or years. Viability is a function of population attributes such as abundance, productivity (including fecundity and stage-specific survival), life-history diversity (e.g., the distribution of fish body sizes at any given time; the temporal distribution of different life stage transitions), spatial distribution, and genetic diversity, which is often measured by the level of genetic influence of hatchery-produced fish (McElhany et al. 2000; Lindley et al. 2007; NMFS 2014; SEP group 2019 at 20-25).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

from Shasta Reservoir, which is controlled in part by Reclamation's operation of Shasta Dam.

c. Similarly, the Sacramento River fall-run Chinook Salmon, a species of special management concern that supports California's commercial and recreational ocean fishery and endangered Southern Resident Killer Whales, is negatively impacted by Reclamation's release of warm water from Shasta Reservoir.

d. Reclamation's present releases of water from Shasta Reservoir, and those it plans through September of this year, fail to comply with operations specified in the 2024 NMFS biological opinion regarding the long-term operations of the CVP (2024 NMFS BiOp).

e. Reclamation's present and planned releases of water from Shasta Reservoir during water year 2026 are highly likely to result in elevated and avoidable temperature dependent egg mortality ("TDM") of winter-run, spring-run, and fall-run Chinook Salmon.

f. Expected impacts, as well as the potential for egg mortality substantially higher than modeling currently anticipates, can be substantially reduced by retaining more water (and hence, more cold water) in Shasta Reservoir through the summer and fall, a factor that is under Reclamation's control.

18. The analyses and opinions described below are based on my knowledge, skill, experience, training, education, and the literature and documentation I have reviewed (some of which is referenced and listed in the References section, below).

19. First, I provide a brief description of the Central Valley's distinct populations of Chinook Salmon. Then, I describe threats to these populations, focusing in particular on the effect of high river temperatures and their connection to reservoir operations.

20. Next, I describe the population-specific conservation status, ecology, and behaviors that make winter-run Chinook Salmon, and the Sacramento River sub-populations of Central Valley spring-run and Central Valley fall-run Chinook Salmon, susceptible to high water temperatures resulting from Shasta Reservoir operations.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

21. I provide background on the requirements for Shasta Reservoir storage and Sacramento River temperature management in the 2024 NMFS biological opinion and describe how Reclamation's current operational plans for Shasta Reservoir do not match those requirements.

22. I go on to describe the likely impacts of Reclamation's proposed operations on the survival of Chinook Salmon eggs incubating in the Sacramento River during the summer and fall of calendar year 2026, including the likelihood of catastrophic impacts beyond those that have been modelled to date.

23. Finally, I describe how Reclamation could substantially reduce these grave impacts and risks by complying with the specifications of the 2024 NMFS biological opinion for its management of Shasta Reservoir.

## III. CENTRAL VALLEY CHINOOK SALMON

### A. Background

24. California's Central Valley is home to four unique populations of Chinook Salmon, known as "runs." The winter-, spring-, fall-, and late-fall runs are named according to the season in which adults begin to return to fresh water from the ocean in preparation for spawning. Although spawning locations for the four runs do not completely overlap in space, each currently spawns in the Sacramento River downstream of Keswick Dam. Keswick Dam is an impassable dam operated by Reclamation to regulate river flows released from Shasta Dam, which is located nine miles upstream.

25. Sacramento River winter-run Chinook Salmon are listed as "endangered" under the ESA and CESA and Central Valley spring-run Chinook salmon are listed as "threatened" under these two laws. Central Valley fall-run Chinook Salmon and late-fall run Chinook Salmon are listed as a Species of Special Concern by CDFW, which has declared that both populations are at "high" risk (CDFW 2015 at 528-552 of the PDF). Central Valley fall-run and late-fall run form the basis of the coastal ocean Chinook salmon fishery for California and parts of Oregon and also serve as an important part of the prey base for endangered Southern Resident Killer Whales ("Orca Whales"), which specialize in eating Chinook Salmon (2024 NMFS BiOp at 58, 143).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

26. Chinook Salmon adults die after spawning (i.e., they are semelparous). Their eggs incubate for weeks to months in gravel nests, known as redds. Successful egg incubation requires continuous immersion in water that is sufficiently cold and flow levels that are adequate to deliver oxygen and to remove metabolic wastes (Myrick and Cech 2001, 2004; USEPA 2003; Quinn 2005: Martin et al. 2017, 2020). Depending on the run, juveniles spend weeks to up to a year rearing in fresh water before migrating to the ocean, where the fish continue to grow for one or more years before returning to rivers and streams to spawn. Although age at maturity varies among individuals, Chinook Salmon from California's Central Valley typically return to spawn as three-year-old fish (Palmer-Zwahlen and Kormos 2015).

27. Their life-history makes Chinook Salmon very susceptible to poor conditions in their freshwater habitats (Myrick and Cech 2004; Quinn 2005; Michel 2019; Burford et al. 2025). Because they are semelparous, populations could not persist if spawning, incubation, and freshwater rearing were not somewhat successful in virtually every year. The fact that four runs of Chinook Salmon evolved and persisted in the Central Valley over millenia indicates that spawning and rearing conditions were reliably suitable over a very long span of years.

**B.    Threats to Central Valley Chinook Salmon Populations**

28. The decline of Central Valley Chinook Salmon runs reflects degradation of their freshwater environment, including most importantly: (1) loss of habitat behind impassable dams, some of which are operated by the CVP or SWP, and behind levees (Lindley et al. 2009 at 38-43; Moyle et al. 2017); (2) declining suitability of habitat due to elevated water temperatures (especially during spawning and egg incubation) downstream of the dams that results from the impoundment of water (Martin et al. 2017; Moyle et al. 2017 at 51, 104); (3) decreased suitability of migration and rearing habitat downstream of dams due to reduced flow levels and reduced variability in river flow (Michel 2018; SEP group 2019; Burford et al. 2025;); and (4) altered flow patterns in the Delta, resulting from operations of the CVP and SWP, which reduce migratory survival through both direct and indirect mortality (Kimmerer 2008; Perry et al 2018; Hance et al. 2022). I focus here on the impacts of river temperatures and reservoir management.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

29.     Salmon eggs require the flow of cold water to complete their incubation and to produce healthy juveniles (Myrick and Cech 2001, 2004; US EPA 2003; Quinn 2005; Martin et al. 2017). Once temperatures exceed critical thresholds, the damage cannot be undone, just as, for example, one cannot "unboil" a chicken egg by placing it back in the refrigerator. The adequacy of temperature protections for salmon eggs is a combination of the numerical temperature standard, the season and duration over which temperatures at or below the standard are required, and the specified length of river (i.e., from an impassable barrier to a temperature compliance point) in which the temperature standard is maintained.

30.     Numerical temperature thresholds for incubating Chinook Salmon eggs are well established (US EPA 2003; SEP group 2019 at 136-137). Historically, regulatory agencies required maintenance of temperatures below a daily average of 56° Fahrenheit ("F") to protect incubating Central Valley Chinook Salmon eggs;[2] this temperature standard was based on results of laboratory studies of the relationship between water temperature and egg survival. However, Martin et al. (2017) showed that laboratory results did not match the response of Central Valley Chinook Salmon to high water temperatures in the field, where empirical data showed high rates of mortality when river temperature equaled or exceeded 56°F. In its 2019 biological opinion, NMFS acknowledged that Martin et al. "found strong evidence that significant thermal mortality occurs at temperatures greater than 53.5°F" (2019 NMFS BiOp at p. 189), and the 2019 NMFS biological opinion consequently used a daily average river temperature criteria of less-than-or-equal-to 53.5°F for temperature management in Chinook Salmon spawning habitat on the upper Sacramento River. Subsequently, Martin et al. (2020) demonstrated the mechanisms underlying the differential between temperature thresholds observed in the lab versus temperatures that caused high mortality

---

[2] The Water Board still uses this temperature criteria in the permit it provides for Reclamation's operation of Shasta Dam, referred to as Water Rights Order 90-5 ("WR 90-5"). However, Reclamation, NMFS, and CDFW all acknowledge, based on the work of Martin et al. (2017), that temperatures less-than-or-equal-to 53.5°F are necessary to eliminate temperature dependent egg mortality. For WR 90-5 purposes, the Water Board recognizes maintenance of 53.5°F at the Clear Creek Gaging location ("CCR") as a surrogate for maintaining 56°F at the Balls Ferry temperature compliance point.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

of Chinook Salmon eggs in the field. The 2024 NMFS biological opinion also adopts the 53.5ºF temperature criteria as its metric of temperature conditions that adequately protect incubating Chinook Salmon eggs, stating: "[t]he critical temperature threshold being used as a management target for [Sacramento River] winter-run Chinook salmon egg incubation is 53.5°F daily average temperature, below which there is no observed mortality due to temperature (Martin et al. 2017)" (2024 NMFS BiOp at 290).

31.     Water temperatures in Chinook Salmon spawning habitat located below Central Valley dams frequently lead to high levels of mortality for incubating Chinook Salmon eggs and fry (NMFS 2014; Martin et al. 2017; PFMC 2019 at 3-4; 2024 NMFS BiOp at 71-73, 85-86). This occurs because dams block access to historical spawning habitats for Chinook Salmon and because dams form reservoirs where flowing water slows down and heats up during late-spring and summer (Myrick and Cech 2001 at 10). Cold water sinks to the bottom of large reservoirs and, during warmer months, warm water forms a stratified layer on top of the cold water. Assuming the dam's outlets can access the colder layers of water, reservoir stratification enables dam operators to selectively regulate the temperature of the water that is released during warmer months and preserve colder water for release later in the year. The amount of cold water stored in large reservoirs is related to the total water stored during the winter and early spring, the depth and bathymetry of the reservoir, releases of water from the reservoir, and other aspects of reservoir management. Via its effects on the temperature of water released from the reservoir, the volume of cold water in storage affects the availability of suitable spawning, incubation, and rearing habitat during summer and fall months and thus, the survival, abundance, and spatial distribution attributes of viability for many populations of Central Valley Chinook Salmon.

32.     In any given year, Shasta Reservoir management affects the availability of cold water that can be released into the upper Sacramento River during the summer and fall months when Chinook Salmon adults are spawning and their eggs are incubating downstream of Keswick Dam. Shasta Dam is outfitted with a Temperature Control Device that allows Reclamation to access some of the coldest water in Shasta Reservoir. As a general rule, more water stored in Shasta

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Reservoir during spring and through the summer means more cold water will be available at the end of summer and into the fall. Decisions regarding reservoir releases made early in the year affect cold water storage and thus Reclamation's ability to provide adequate coldwater habitat for salmon spawning, incubation, and early development below the dams later in the year. Premature release of reservoir storage represents an irrevocable decision that can lead to high river temperatures and lethal conditions for incubating salmonids during the summer and fall. Therefore, it is essential that Reclamation plan winter and spring CVP operations to account for coldwater storage needs in the coming summer and fall, prior to making water supply allocation decisions.

**C.    Conservation Status, Ecology, and Behavior of Sacramento River Chinook Salmon**

33.    In my professional opinion, the viability of winter-run Chinook Salmon and spring-run Chinook Salmon is jeopardized by the release of warm water from Shasta Reservoir. The effects of Shasta Reservoir management on Sacramento River temperatures and flows from spring through fall have had devastating effects on the viability of both winter-run Chinook Salmon and spring-run Chinook Salmon in the past. In addition, Reclamation's management of Shasta Reservoir, including its release of warm water from the reservoir, imperils fall-run Chinook Salmon that spawn and incubate in the Sacramento River, commercial and recreational ocean fisheries that depend on this population, and endangered Orca Whales that rely on this population as a food source.

34.    Below, I review the ecology, behavior, and conservation status that make these runs susceptible to, and at grave risk from, the effects of Reclamation's management of Shasta Reservoir.

1.    Sacramento River winter-run Chinook Salmon

a.    *Relevant Run-specific Ecology and Behavior*

35.    Winter-run Chinook Salmon adults begin to return from the ocean as early as November and migrate to the Sacramento River during December-July (Reclamation 2024a); the peak period of return is January through April (NMFS 2024 BiOp at 67). Salmon migration up the Sacramento River is completely blocked by the Keswick Dam, which regulates river flows

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

downstream of Shasta Dam. As a result, spawning habitat for the sole remaining winter-run Chinook Salmon population is constrained every year to the area downstream of Keswick Dam in which river flows of suitable temperature can be maintained. The overwhelming majority of redds are detected upstream of the Airport Road overpass of the Sacramento River, 18 river miles downstream of Keswick Dam, but spawning can occur as far downstream as Bend Bridge, 44 river miles downstream of Keswick (Reclamation 2024a Table C.2.7 at C-23; Figure 1 *infra*). Inter-annual variation in the distribution of redds can affect TDM rates when Reclamation does not release sufficient cold water to inundate all redds throughout the egg incubation season.

36.    The winter-run Chinook Salmon spawning season commences as early as late-April and can last into August, with the bulk of spawning occurring in June and July. Females bury their eggs in river gravel, where they incubate for 9 to 10 weeks, depending on water temperature (Reclamation 2024). The vast majority of eggs that hatch into early-stage juveniles ("fry") have done so by mid-October, after which juveniles rear in and migrate through the Sacramento towards the Delta. Winter-run juveniles generally exit fresh water into the marine environment between January and April.

/ / /

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**



## Sacramento River Temperature Compliance Points

| Temperature Compliance Points | River Miles Downstream of Keswick |
|---|---|
| Clear Creek | 10 |
| Airport Road | 18 |
| Balls Ferry | 25 |
| Jellys Ferry | 33 |
| Bend Bridge | 44 |
| Red Bluff Diversion Dam | 59 |

NOAA FISHERIES    U.S. Department of Commerce | National Oceanic and Atmospheric Administration | NOAA Fisheries | Page 1

Figure 1: Map of the upper Sacramento River showing the distance downstream from Keswick Dam of common temperature control points. Source: NOAA Fisheries.

b.       *Conservation Status*

37.       Only one spawning population of winter-run Chinook Salmon remains in the wild; that population is highly endangered and its viability is deteriorating (CDFW 2015; Moyle et al. 2017 at 99-112; SWFSC 2023 at 2 and 8; NMFS 2024 BiOp at 68-71). Winter-run Chinook Salmon spawning in the wild is limited almost exclusively to a short reach of the Sacramento River immediately downstream of Keswick Dam. NMFS explains:

"The Sacramento River winter-run Chinook salmon evolutionarily significant unit is one of the most at-risk endangered species because it is composed of just one small population that is a mere fraction of its historical size. The earliest abundance data for this population is from the late 1960s, when the population size was estimated at up to 117,000 adults. Most recently, from 2010 to 2019, the combined abundance of natural- and hatchery-origin spawning winter-run Chinook salmon adults ranged from a low of 827 in 2011 to a high of 8,128 in 2019, with an average of 3,092. The 2012-2016 drought had a biologically significant effect on the abundance of natural-

15

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

origin spawners; only 153 adults returned in 2017, the lowest level of natural-origin spawners on record, and 461 returned in 2018."

(NMFS 2022.)

38.    Although the abundance of winter-run Chinook Salmon returning to spawn increased in 2025, the long-term and medium-term trends for this population are declining (Figure 2 *infra*). In 2007, Lindley et al. (2007) declared that this population was not viable. More recently, NMFS's Southwest Fisheries Science Center ("SWFSC") concluded:

> "The overall viability of the ESU has continued to decline since the 2015 viability assessment (Johnson and Lindley 2016), with the single spawning population on the mainstem Sacramento River no longer at a low/moderate risk of extinction (Table 5.4)."

(SWFSC 2023 at 141.)

39.    The presumed genetic influence of hatchery-produced winter-run Chinook Salmon on the wild population is currently driving its "high risk" classification (NMFS 2024 at 17-18, following the rubric established by Lindley et al. 2007).[3]

40.    Winter-run Chinook Salmon eggs are particularly vulnerable to warm river temperatures resulting from Reclamation's operation of Shasta Reservoir because this run spawns during the heat of the summer and egg incubation lasts into the fall, when water temperatures in Shasta remain elevated. As the State Water Board explained:

> "Prior to construction of Shasta Dam, winter-run Chinook salmon spawning and early rearing habitat encompassed approximately 200 miles of snow-fed cold water streams in the upper reaches of the Sacramento River and its tributaries. These stream systems remained cold throughout the year, which protected salmon eggs and emergent fry from heat-induced mortality. With the construction and operation of Shasta and Keswick Dams, winter-run

---

[3] High genetic influence of hatchery fish is both a cause and a sign of depressed viability in the wild population. Elevated hatchery influence signals that productivity is depressed in the wild stock. Productivity is a key element of salmonid population viability (McElhany et al. 2000; Lindley et al. 2007; SEP group 2019 at 23-24). When wild fish survive at a lower rate than those produced in a hatchery, it is likely because of conditions experienced by eggs and early-life stage juveniles in the wild (the only environment where wild and hatchery fish do not overlap). When this differential in environmental conditions is large, hatchery fish are likely to form a larger fraction of the cohort's subsequent population of returning adults (Johnson et al. 2021; 2019 NMFS BiOp at 724-725).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Chinook salmon no longer have access to this historic cold water habitat. Their only remaining habitat is now limited to a small stretch of the Sacramento River below Keswick Dam, where cooler temperatures are dependent on reservoir releases."

(Water Board 2020a at 1.)



Figure 2: Trends in pre-harvest ocean abundance of the four distinct Central Valley Chinook Salmon runs: (a) fall-run; (b) late-fall-run; (c) spring-run (threatened); and (d) winter-run (endangered). Copied from 2024 NMFS BiOp Figure 156 at 692.

41. In fact, Reclamation's Shasta Reservoir operations have nearly exterminated winter-run Chinook Salmon in the recent past. For example, the Water Board observed that "in 2014 and 2015, temperatures were not maintained at protective levels below Shasta and Keswick reservoirs, resulting in near total mortality of winter-run in those years and the near extinction of the species... In those years, adequate reservoir storage and coldwater pool levels in Shasta Reservoir needed for temperature control were not maintained. Reclamation's modeling and monitoring was also inadequate to inform regulatory agency decision making and adjustments to operations that could have allowed for adequate temperature management" (Water Board 2020b at 2).

42. In 2021, TDM rose as high as 75 percent (NOAA Fisheries 2023).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

43.     Furthermore, TDM among winter-run Chinook Salmon is a coarse indicator of temperature impacts to both spring-run Chinook Salmon and fall-run Chinook Salmon spawning and/or incubating in the Sacramento River. Failing to provide suitable temperatures for winter-run eggs during the late-summer usually reflects that Reclamation has depleted Shasta Reservoir's coldwater pool, meaning there is not enough cold water to provide for other Sacramento River populations of Chinook Salmon during September and beyond.

2.     Central Valley spring-run Chinook Salmon

a.     *Relevant Run-specific Ecology and Behavior*

44.     Central Valley spring-run Chinook Salmon hold and spawn in the mainstem Sacramento River and several of its small tributaries.[4] Adult spring-run Chinook Salmon begin to return to the Sacramento River Valley from the ocean as early as March. These fish then wait in the river or its tributaries for a period of several months prior to spawning, a behavior known as "holding." In the mainstem Sacramento River, spring-run Chinook Salmon spawning occurs from August through October as far downstream as the Airport Road Bridge, 18 miles below Keswick Dam (Reclamation 2024a Tables C-50 through C-56; Figure 1 *supra*). Depending on water temperatures, incubation may last up to three months or more. Unlike winter-run Chinook Salmon, some spring-run Chinook Salmon juveniles over-summer in fresh water and migrate in the fall and winter of the year after they were spawned. These "yearlings" generally migrate to the ocean in the late fall and early winter, whereas young-of-the-year juvenile spring-run Chinook Salmon exit the Delta primarily between March and May.

b.     *Conservation Status*

45.     Central Valley spring-run Chinook Salmon are not viable (Lindley et al. 2007 at 1) and are trending rapidly towards extinction (Figure 2 *supra*). Moyle et al. (2017 at 74-98) declared this run of "critical concern," which they defined as, "[h]igh risk of extinction in the wild;

---

[4] Recently, spring-run Chinook Salmon have begun to recolonize the San Joaquin River and its tributaries, with and without human assistance. Spring-run in the San Joaquin River Valley are not ESA-protected and not the subject of my testimony here.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

abundance critically low or declining; current threats projected to push species to extinction in the wild in 10-15 generations" (*Id.* at 10).

46.     Spring-run Chinook Salmon have been devastated in recent years by high river temperatures that killed adults and eggs and low flows that are associated with low survival of migrating juveniles. A recent federal report found that sub-populations of spring-run Chinook Salmon in the Sacramento River Valley were declining more than 10 percent each year and faced a high risk of extinction (SWFSC 2023). Federal and state fisheries management agencies scrambled to save spring-run Chinook Salmon from extinction after a recent cohort collapse resulted in the fewest returning adults on record. CDFW reported that Mill and Deer Creek – tributaries to the upper Sacramento River – "each saw fewer than 25 returning adults in 2023. Returns to Butte Creek were the lowest since 1991 and adults further suffered impacts of a canal failure in the watershed." (CDFW 2023 at 2 of the PDF). At that time, NMFS declared, "[w]e are running out of options. We want [spring-run Chinook Salmon] to thrive in the wild, but right now we are worried about losing them" (*Id.*).

47.     Spring-run Chinook Salmon that migrate and/or spawn in the Sacramento River are negatively impacted by high water temperatures released from Shasta Reservoir. Although the agencies do not estimate productivity metrics (such as temperature dependent egg mortality or egg-to-fry survival) for spring-run Chinook Salmon in the mainstem Sacramento River, temperature records reveal that eggs deposited downstream of Keswick Dam are frequently exposed to temperatures that exceed 53.5°F in September, October, and November (the period when spring-run Chinook Salmon eggs are incubating) upstream of the Airport Road bridge. For example, following Reclamation's failure to maintain required water temperatures during the late summer and early fall of 2014, the Water Board's executive director concluded:

> "Spring-run eggs in the Sacramento River underwent significant, and potentially complete, mortality due to high water temperature downstream of Keswick Dam starting in early September when water temperatures exceeded 56 degrees Fahrenheit."

(Water Board 2016 at p. 11, emphasis added).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

48.     Adults are negatively affected by releases of warm water from Shasta Reservoir during their spring and summer migration and holding periods. For example, in 2021, CDFW reported pre-spawn mortality and signs of temperature stress among adult spring-run in the Sacramento River (CDFW 2021, "Discussion" tab, rows 3 and 11) when they were exposed to river temperatures between 57ºF and 64ºF below Keswick Dam from late-April through June (California Data Exchange Center, CCR gage). Water this warm is known to elevate the risk of disease transmission and reduces migration and spawning success (U.S. EPA 2003).

### 3.    Sacramento River fall-run Chinook Salmon

#### a.    *Relevant Run-specific Ecology and Behavior*

49.     Spawning sub-populations of fall-run Chinook Salmon are more widespread throughout the Central Valley than spring-run or winter-run Chinook Salmon. This run is also supported by numerous hatcheries. The largest population of Central Valley fall-run Chinook Salmon spawns in the Sacramento River.

50.     Fall-run Chinook Salmon adults return to the Sacramento River from the ocean to spawn primarily during September through December. Spawning occurs from October through December, with egg hatching dates determined by spawn date and incubation temperatures. Most fall-run Chinook Salmon eggs hatch by the end of March of the following calendar year. Juveniles rear in and migrate through the Sacramento River towards the Delta. Freshwater rearing for fall-run usually ends in late June, when most juveniles have migrated through the Delta and San Francisco Bay to the Pacific Ocean.

#### b.    *Conservation Status*

51.     Fall-run Chinook Salmon are not listed as an endangered species. However, this run is of "high concern" (Moyle et al. 2017 at 45-62), meaning it is on a "trajectory to extinction in 15-20 generations if no [action is] taken" (*Id.* at 10).

52.     Fall-run Chinook Salmon numbers dropped markedly over the past two decades (Figure 2). Estimated pre-harvest abundance of Chinook Salmon in the ocean declined by approximately 75 percent between 2001-2003 and 2020-2022 (2024 NMFS BiOp Table 150 at

20

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

690). As a result of these declines, the California and Oregon ocean coastal fishery for Chinook Salmon, which depends in large part on the success of Central Valley fall-run Chinook Salmon spawning and rearing success in the Sacramento River, was closed for the first time in state history in 2008 and 2009, and again in 2023, 2024, and 2025. This run is also an important food source for endangered resident Orca Whales that feed off the California Coast (2024 NMFS BiOp at 53-54, 688-692). Thus, impacts to the Sacramento River fall-run Chinook Salmon spawning population have ramifications for people who depend on the Chinook Salmon fishery and for other species, including one that is supposed to be protected by the 2024 NMFS biological opinion from the impacts of water project operations in the Central Valley.

53.    Sacramento River fall-run Chinook Salmon, which spawn during and after the end of the river temperature management season for winter-run Chinook Salmon, are negatively impacted by Reclamation's release of warm water from Shasta Reservoir. If coldwater reserves have been exhausted by efforts to protect winter-run egg incubation, then no cold water is available for the protection of Sacramento River fall-run Chinook Salmon eggs later in the season. Temperature dependent mortality of fall-run Chinook Salmon is not generally reported by the management agencies, but when temperatures exceed lethal thresholds during or after October, fall-run Chinook Salmon egg mortality is expected to be high. For example, the Pacific Fisheries Management Council reports that "[w]ater temperatures measured immediately downstream of Keswick Dam were above 54° F during the spawning period in 12 of 18 [fall-run] brood years from 1997 through 2014" and also that Sacramento River fall-run TDM was likely to be near 100 percent in the fall of 2014 (PFMC 2019 at 3).

## IV.    SHASTA MANAGEMENT AND TEMPERATURE TARGETS OF THE 2024 NMFS BIOLOGICAL OPINION

54.    The temperature management requirements of the 2024 NMFS biological opinion represented a significant improvement over the temperature and Shasta Reservoir management requirements of the 2019 NMFS biological opinion, which it replaced. In its 2019 biological opinion, NMFS allowed extremely high levels of TDM to occur in consecutive years. Specifically,

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NMFS expected winter-run TDM to average 6 percent (range from 0.4 to 39 percent) in Tier 1 years (the best conditions), 15 percent (range 1 to 46 percent) in Tier 2 years, 34 percent (6 to 77 percent) in Tier 3 years, and greater-than-or-equal-to 77 percent in Tier 4 years (2019 NMFS BiOp at 801). TDM in Tier 4 years was unbounded; in other words, the 2019 NMFS biological opinion anticipated complete or almost complete loss of the annual wild-spawned winter-run Chinook Salmon cohort in those years, due to temperature-dependent mortality of Chinook Salmon eggs alone.

55.    Rates of TDM permitted in any of NMFS's 2019 Tiers were extraordinarily high. Winter-run Chinook Salmon likely lost very few eggs to high water temperatures prior to the construction of impassable dams because these fish migrated to high-elevation environments in tributaries to the Sacramento River, including the Pit River and McCloud River, where cold water (fed by snowmelt) flowed year-round.

56.    TDM of winter-run Chinook Salmon eggs anticipated under operations authorized by the 2019 NMFS biological opinion were also expected to contribute very low rates of survival between the egg and fry stages ("egg-to-fry survival"). The 2019 NMFS biological opinion stated (2019 NMFS BiOp at p. 801): "[r]eclamation estimated the egg-to-fry survival of Sacramento River winter-run Chinook salmon under the Shasta Cold Water Pool Management Plan will be: Tier 1 – Average of 29 percent (range from 15 to 49 percent), or Tier 2/3 - Average of 21 percent (range from 15 to 34 percent)." For reference, the typical egg-to-fry survival rate for Chinook Salmon in other rivers across the west coast (including those that are controlled by reservoir operations) is 38 percent (Quinn 2005 at 254). So, even under the best conditions anticipated by the 2019 NMFS biological opinion, survival rates for winter-run Chinook Salmon would often have been much lower than the species' coastwide average.

57.    In 2022, after several years of high TDM for winter-run Chinook Salmon, Reclamation exceeded NMFS's 2019 incidental take limit for egg-to-fry survival (of which TDM is a significant component). The incidental take statement for the 2019 NMFS biological opinion (2019 NMFS BiOp at 890) declared, "[t]he anticipated level of take will be exceeded if there are:

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Two consecutive years of egg-to-fry survival of less than 15 percent followed by a third year of less than 21 percent based on fry production at Red Bluff Diversion Dam." Winter run egg-to-fry survival was estimated to be 11.46 percent, 2.56 percent, and 1.88 percent in the 2020, 2021, and 2022 cohorts, respectively (NMFS 2023 Figure 4 at 6; JPE sub-team 2026 Table 1 at 2). Winter-run Chinook Salmon TDM was 9.06 percent during 2020 (SWFSC 2020), 75 percent during 2021 (SWFSC 2021; NOAA Fisheries 2023), and 16-18 percent during 2022 (JPE subteam 2026 Table 1 at 2).

58.    Given these devastating outcomes, the Shasta Reservoir temperature management requirements of the 2024 NMFS biological opinion represent an important and necessary improvement in protections for imperiled Chinook Salmon. In fact, Reclamation made Shasta Reservoir temperature management a key feature of its proposed long-term operations, stating:

> "Reclamation is proposing a new approach to managing Shasta which changes the balance between risks of flood control releases (aka spills) and maintaining water in storage for future drought protection and temperature management. This approach, described below, places a higher priority on maintaining storage for drought protection for all project purposes while limiting the frequency of spilling water due to flood control limitations."

> and

> "The goals of the Shasta Management Plan are to provide increased drought protection and maximize suitable temperature regimes for the critically endangered Sacramento River Winter-run Chinook salmon. The Shasta Management Plan considers drought protection actions in nearly every year and identifies actions that will protect storage for multiple project purposes including temperature management."

(Reclamation 2024b at 3-13).

59.    Reclamation's project description and the 2024 NMFS biological opinion established a system of aggregating water years into management "bins" defined by water in storage in Shasta Reservoir at the end of April and the end of September. End-of-April Shasta Reservoir storage determines the number of the bin (1, 2, or 3) and end-of-September Shasta Reservoir storage modifies the bin number, with an "a" or "b." Bin 1 years are triggered when end-of-April storage is greater-than-or-equal-to 3.7 Million Acre Feet ("MAF") (2024 NMFS BiOp Figure 54 and Table 25

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

at 285-286). Bin 1 years are expected to occur in approximately 80 percent of years (*Id.* at 291). Depending on expected inflow to the reservoir during spring and summer, a year with end-of-April storage greater-than-or-equal-to 3.7 MAF is either a Bin 1a year (years with lower demand for water deliveries and/or higher summer reservoir inflows) or a Bin 1b year (years with higher demand for water deliveries relative to anticipated summer inflows). In a Bin 1a year, Reclamation is required to target end-of-September storage of greater-than-or-equal-to 3.0 MAF; in a Bin 1b year, Reclamation is required to target end-of-September storage of greater-than-or-equal-to 2.4 MAF. In either case, Reclamation is expected to manage Shasta Reservoir storage and releases to maintain daily average temperatures less than or equal to 53.5°F throughout the period from May 15 through October 31 (2019 NMFS BiOp at 291) to a point "downstream of the CCR [Clear Creek] gage" on the Sacramento River (2024 NMFS BiOp Table 25 at 285-286; *see* Figure 1 *supra*).

60.     The combination of end-of-April storage triggers and end-of-September storage targets bounds how much water will remain in the reservoir during the late spring and summer months, and this in turn controls the amount of cold water available for release to protect Chinook Salmon egg incubation into the fall. Winter-run Chinook Salmon TDM is expected to be less-than-or-equal-to 3 percent in both Bin 1a and Bin 1b years (2024 NMFS BiOp Table 25 at 285-286).

61.     This framework was expected to substantially reduce TDM of winter-run Chinook Salmon relative to the scheme of the 2019 NMFS BiOp. Indeed, modeling in the final EIS for CVP long-term operations indicated that winter-run TDM would decrease by between 36.8 and 50.6 percent on average (depending on which variant of the preferred alternative was adopted), relative to operations under the 2019 BiOp (the "no action alternative") (Reclamation 2024c Table L.2-2 at L.2-5).

/ / /

---

24

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**V.    RECLAMATION'S 2026 PLAN FOR SHASTA RESERVOIR AND SACRAMENTO RIVER TEMPERATURE MANAGEMENT DOES NOT COMPLY WITH THE BIOLOGICAL OPINION AND IS LIKELY TO CAUSE SUBSTANTIAL AND AVOIDABLE MORTALITY TO CHINOOK SALMON**

**A.    Reclamation's Plans for Temperature Management In and Downstream of Shasta Dam Fail to Comply with Operations Specified in the 2024 NMFS Biological Opinion**

62.    This year, Shasta Reservoir storage at the end of April was 4.2 MAF (Water Board 2026a, Water Board 2026b). As a result, 2026 is a Bin 1 year according to the 2024 NMFS biological opinion (Table 25 at 285-286; *see also* Reclamation 2025 Table 1 at 3). Demand projections and the unusually low snowpack this year (the source of summer coldwater inflow to Shasta Reservoir) allow for Reclamation to declare this a Bin 1b year. In a Bin 1b year, Reclamation is required to target end-of-September storage of greater-than-or-equal-to 2.4 MAF.

63.    Reclamation does not plan to operate Shasta Reservoir for temperature management in 2026 consistent with the requirements of a Bin 1 year. Rather, it intends to manage Shasta Reservoir as if this year was a Bin 2a year and to target end-of-September storage of 2.2. MAF (Reclamation 2026a Table 2 at 6; 2026b at 7). The 2024 NMFS biological opinion states that Bin 2 years occur only when there are between 3.0 and 3.7 MAF of water in Shasta Reservoir at the end of April (2024 NMFS BiOp Table 25 at 291). That is consistent with Reclamation's past interpretation of the biological opinion (Reclamation 2025 at 3). Table 25 and Figure 54 of the 2024 NMFS biological opinion do, however, suggest that in years where end-of-April storage is greater-than-or-equal-to 3.7 MAF, Reclamation may declare a Bin 2a year only if it is "impossible" to maintain end-of-September storage of greater-than-or-equal-to 2.4 MAF (2024 NMFS BiOp at 285-286; *see also* Reclamation 2024b at 3-18). I am not aware of any reason why it would be impossible for Reclamation to target and attain Shasta Reservoir storage greater-than-or-equal-to 2.4 MAF at the end of September 2026. Cumulatively, Bin 2a and Bin 2b years are expected to occur only 11.5 percent of the time (2024 NMFS BiOp Table 25 at 291).

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

64.    Reclamation's plans for managing temperatures in and downstream of Shasta Reservoir this year are not consistent with the 2024 NMFS biological opinion. Commenting on Reclamation's draft 2026 Sacramento River Temperature Management Plan, the Water Board stated:

> "Board staff's previous understanding – based on Reclamation's description of the Proposed Action for [long-term operations] that was evaluated by the 2024 Biological Opinion [] – was that the [end-of-September storage] carryover storage objective for a year such as 2026 would be at least 2.4 MAF based on the high [end-of-April storage] storage of 4.2 MAF"

(Water Board 2026a at 3; *see also* Water Board 2026b at 3.)

65.    CDFW echoed this concern:

> "The 2024 Shasta Framework was not envisioned to operate as outlined in the draft Temperature Management Plan. Given current Shasta storage (End of April Storage > 4.1 MAF) it was assumed that 2026 would result in a bin 1 year and Reclamation would balance the system to meet an End of September storage target of >2.4 MAF. Instead, the draft Temperature Management Plan projects an End of September storage of 2.2 MAF."

(CDFW 2026 at 2.)

66.    Reclamation appears to have pre-determined early in the water year that it would declare 2026 a Bin 2 year and operate to an end-of-September storage target of 2.2 MAF or less. As early as March, Reclamation recognized that "Bin 1 April storage conditions have been met (≥3.7 MAF Spring storage)"; yet the agency asserted that 2026 would be a Bin 2b year based on its prediction at the time that end-of-September storage would be 2.1 MAF (Reclamation 2026c at 4).

67.    Reclamation did not assert that it was "impossible" to meet Bin 1 conditions; nor did it acknowledge that there is no pathway that leads from Bin 1 (a or b) to end-of-September storage of 2.1 MAF. Instead, Reclamation treated the Shasta Reservoir bin system as though end-of-September storage determined the numerical bin classification (and the summer river temperature regime and associated TDM for endangered winter-run Chinook Salmon), not end-of-April storage. This is clearly not the case. As Reclamation explained to the Water Board just last year:

> "The framework approach is described in Section 3.2 of Chapter 3 of the [long-term operations plan] and includes the establishment of "Bins" to manage water temperature and storage. This includes three Bins that are each

26

divided into two categories: standard (Bin A) and drought protection (Bin B). <u>The Bin number (1, 2, or 3) is defined by the projected End of April (EOA) storage which is primarily driven by hydrology. The letter of the Bin (A or B) is primarily driven by the expected demands on the reservoir which are a function of hydrology, meteorology, system-wide conditions, contractual requirements and other conditions</u>."

(Reclamation 2025 at 2, emphasis added.)

68.    This explanation tracks the "Decision Tree for Shasta Management Bin" (Figure 54) and Table 25 in the 2024 NMFS BiOp (at 285-287), Table 1 in Reclamation's 2025 Final Temperature Management Plan (Reclamation 2025 at 3), and the description of the bins in Reclamation's proposed action (Reclamation 2024b at 3-17 and 3-20).

69.    Again, I acknowledge that the 2024 NMFS biological opinion appears to allow Reclamation to determine that a Bin 1 year is a Bin 2a year *if* it can show that it is "impossible" for Reclamation to attain the Bin 1 end-of-September storage target (or "not possible," per Reclamation's description of the Project in Reclamation 2024b at 3-18). To my knowledge, Reclamation has not demonstrated or even claimed that there is an insurmountable barrier to targeting and achieving end-of-September storage of greater-than-or-equal-to 2.4 MAF this year. In fact, in March of this year, at approximately the same time that Reclamation was claiming 2026 might be a Bin 2b year (despite its acknowledgement of Bin 1 end-of-April storage levels), the agency announced increases in the amount of water allocated for delivery to its contractors (Reclamation 2026d). Similarly, Reclamation raised its water delivery allocations again in May (Reclamation 2026e). Moreover, Reclamation increased Keswick releases in its Final Temperature Management Plan as compared to its Draft Temperature Management Plan, despite criticisms from state agencies and others regarding its failure to plan for an end-of-September storage target of greater-than-or-equal-to 2.4 MAF, as required in a Bin 1b year (Water Board 2026b fn 2 at 3).

70.    Reducing those deliveries would allow Reclamation to store additional water in Shasta Reservoir this spring, summer, and fall. Release of water from Shasta Reservoir to deliver water to CVP contractors is a factor within Reclamation's control. The fact that Reclamation is able to announce water allocation increases multiple times in one season demonstrates that these

27

DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

deliveries are discretionary. The Water Board has written to Reclamation in the context of its Order WR 90-5 permit to operate Shasta Dam that factors within Reclamation's reasonable control include reducing water allocations to the CVP's contractors, including contractually senior settlement and exchange contractors, stating:

> "To the extent that Reclamation delivers water under its own water rights, Reclamation's obligation to deliver water to its contractors does not take precedence over its permit obligations. Order WR 90-5 requires Reclamation to reduce releases to the extent reasonable and necessary to control water temperature. This permit condition is not and cannot be nullified by a contractual obligation. Reclamation's water supply contractors are not entitled to more water under their contracts than Reclamation is authorized to deliver consistent with the terms and conditions of its water right permits and licenses."

(Water Board 2020b at 6, emphasis added.)

**B.    Reclamation's Releases of Warm Water from Shasta Reservoir this Summer are Highly Likely to Kill a High Percentage of Winter-run, Spring-run, and Fall-run Chinook Salmon Eggs**

71.    Modeling conducted for Reclamation by SWFSC demonstrates that Reclamation's plans for operating Shasta Reservoir this summer are likely to cause high TDM in winter-run Chinook Salmon (SWFSC 2026). By extension, I interpret the modeling to indicate that Reclamation's current operational plan will lead to high, and potentially catastrophic, rates of TDM for spring-run Chinook Salmon and fall-run Chinook Salmon spawning in the Sacramento River this year.

72.    The SWFSC modeling compared Reclamation's May operational forecast ("Forecast 90") used to develop its 2026 Final Temperature Management Plan (Reclamation 2026a) to a scenario, referred to as Alternative 2 ("Alt 2"), that reduced Shasta Reservoir releases during June, July, and August in order to achieve end-of-September storage of 2.4 MAF. Other input variables were identical between the two modeled scenarios. The modeling results show that by retaining the additional 0.2 MAF (two-hundred thousand acre-feet) in Shasta storage at the end of September

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

2026, Reclamation could reduce winter-run TDM significantly and potentially avert or limit disastrous impacts to the other runs (SWFSC 2026).

73.    The modeling results show that Reclamation's Forecast 90 scenario produces higher river temperatures than Alt 2 in each month from June-December. In those months, modeled temperatures are expected to exceed the 53.5°F target identified as the temperature associated with zero TDM, in both alternatives. However, the relative difference in temperatures between the two alternatives is meaningful because the relationship between TDM and exposure to daily average temperatures greater than 53.5°F is very steep (Figure 3; *see also* Myrick and Cech 2001 Figure TT1 at 12). Thus, small changes in temperature can rapidly increase mortality rates for Chinook Salmon eggs, devastating population viability.

**C.    Temperature Dependent Mortality of Listed Chinook Salmon and Imperiled Sacramento River Fall-run Chinook Salmon is Likely to Exceed Modeled Estimates**

74.    There are several reasons to expect that the biological impacts of Reclamation's planned summer operations will be even higher than SWFSC projects. For example, when coldwater supplies become depleted, Reclamation needs to use its Shasta Temperature Control Device aggressively, including opening the device's "side gates" to access the coldest available water in the reservoir (2024 NMFS BiOp at 164). All else being equal, side gate operations will happen earlier in a scenario where less cold water is stored in Shasta Reservoir over the summer. Reclamation's estimated first date of side gate operation is a signal that the agency will lose control of river temperatures soon thereafter. For this reason, early side-gate operations indicate that, in addition to killing a high percentage of winter-run Chinook Salmon eggs, Reclamation will run out of the cold water needed to protect spawning and incubating spring-run and fall-run Chinook Salmon in the Sacramento River. As the Water Board notes:

> "Reclamation's draft [Temperature Management Plan] projects an [end-of-September] storage in Shasta of 2.2 million-acre feet (MAF), which is a relatively low carryover storage level creating concerns for temperature and storage management this year and next year, particularly given the end of April [] storage volume was relatively high at 4.2 MAF. The draft [Temperature Management Plan] further identifies that the volume of coldest

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

water below 48 degrees Fahrenheit in Shasta Reservoir is expected to be similar to 2015, which was a challenging temperature management season. The draft [Temperature Management Plan] also indicates that the use of the temperature control device side gates, which are an indication of loss of temperature control, will be used early in the season. Specifically, the first side gate use is identified as mid-August with full side gate use in late August, which could result in loss of temperature control in September, likely leading to mortality of any winter-run eggs that have not yet emerged and threatening conditions for fall-run Chinook salmon."

(Water Board 2026a at 2, emphasis added.)

75.    The Water Board reiterated this concern in its letter rejecting Reclamation's Final Sacramento River Temperature Management Plan (Water Board 2026b at 3).

76.    In addition, by maintaining relatively high releases from Shasta/Keswick over the summer, Reclamation increases the threat of stranding ("dewatering") winter-run Chinook Salmon eggs later in September, when the agency plans to reduce flows. In its critique of Reclamation's Draft Temperature Management Plan, CDFW described this effect as follows:

"…the draft Temperature Management Plan includes elevated summer releases that will allow winter-run to spawn at higher flows in the Sacramento River and thus be vulnerable to dewatering in the fall when Keswick releases decrease. It is also likely that cold water pool will be depleted as a result of high summer releases, which will result in elevated water temperatures for fall-run Chinook salmon (fall-run) and high levels of mortality. We encourage Reclamation to consider reduced summer flow schedules to minimize these risks to winter-run and fall-run and preserve carry over storage."

(CDFW 2026 at 2, emphasis added.)

77.    When it rejected Reclamation's Final Temperature Management Plan, the Water Board expressed the same concern regarding the dewatering of winter-run Chinook Salmon redds (Water Board 2026b at 3).

78.    Furthermore, Reclamation has a very poor track record of predicting temperature exceedances in late summer and fall. Under conditions when temperature management is challenging, actual river temperatures have frequently exceeded those projected in Reclamation's earlier modeling. NMFS previously observed that "Reclamation has historically overestimated their ability to meet the temperature compliance point[,]" resulting in water temperatures exceeding the standard 54 percent of the time in September and 44 percent of the time in October over a 10-year

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

period (NMFS 2017 at 221). NMFS's description of "poor performance and uncertainties associated with Reclamation's [river temperature] model" (NMFS 2017 at PDF page 223) is consistent with my own experience.

79.    Reclamation's difficulties forecasting river temperatures and associated Chinook Salmon egg mortality are exacerbated by its approach to reservoir and river temperature modeling. Survival of Chinook Salmon eggs responds to water temperatures on, at most, a weekly basis (USEPA 2003). More commonly, river temperatures are believed to have an impact on a daily basis (Martin et al. 2017, 2020). But Reclamation cannot predict river temperatures on a daily or weekly basis, so it relies on monthly operational forecasts to generate monthly average temperatures, which it then uses as daily temperature projections. Because temperatures vary across days and weeks, monthly averages will always be lower than a sizeable fraction (roughly one-half) of the associated daily averages – this is the very nature of averages. Because NMFS's temperature target is a daily average, Reclamation is compelled to keep temperatures at or below the target every day. This forces Reclamation to release more cold water than the model anticipates because the model does not restrict temperature exceedances on a daily basis. The mismatch between maximum daily average temperature requirements and the monthly average operational model inputs and outputs (e.g., releases, storage levels) means that the operations planned by Reclamation this year are likely to become increasingly inaccurate and overestimate Reclamation's ability to maintain suitable water temperatures throughout the Chinook Salmon incubation period.

80.    Moreover, Reclamation's releases from Shasta commonly exceed those detailed in its Temperature Management Plans, and so far, this year is no different. According to publicly available data provided by Reclamation's SacPass website, Shasta releases averaged 7,866 cubic-feet-per-second ("cfs") in May, which translates to 484 thousand acre-feet ("TAF") for the full month.[5] By contrast, Reclamation's Final Temperature Management Plan (Reclamation 2026a), which SWFSC's modeling is based on, projected May releases of 433 TAF. Thus, actual May

---

[5] Available at: https://cbr.washington.edu/sacramento/data/tc_sacramento.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

releases exceeded those describe in Reclamation's plan by more than 11 percent. Keswick releases for May also exceeded those identified in Reclamation's plan (actual: ~8,888 cfs vs. projected: 8,500 cfs). Reclamation's release of water beyond the volumes identified in its Temperature Management Plan reduces its ability to maintain temperature control for the protection of endangered winter-run Chinook Salmon and increases the risk of a catastrophic loss of temperature control in late summer and early-fall, which would also devastate the 2026 egg cohorts of Sacramento River spring-run Chinook Salmon and fall-run Chinook Salmon.

**D.      Retaining More Water in Shasta Reservoir through the End of September is Highly Likely to Reduce Egg Mortality**

1.      Operating Shasta Reservoir to Retain Additional End-of-September Storage Would Benefit Winter-run Chinook Salmon

81.      The SFWSC modeling indicates that winter-run TDM will be higher under the Forecast 90 scenario as compared to the Alt 2 scenario (SWFSC 2026 Table 2 at 4).[6] The estimated reduction in average TDM under Alt 2 operations is 5 percent in absolute terms;[7] this represents a 26 percent relative reduction in estimated egg mortality between the two alternatives.

82.      SWFSC (2026) emphasizes that it is the relative difference between modeled scenarios that matter and cautions against relying on the absolute values of temperature dependent mortality modeling. The authors of this river temperature and egg mortality assessment also identify

---

[6] I rely on NMFS's Southwest Fisheries Science Center's estimates of winter-run Chinook Salmon temperature dependent egg mortality because their estimates are based on the best available science and expertise. *See also* Water Board 2026a at 2.

[7] SWFSC 2026 presents results of two models that estimate TDM: stage-independent and stage-dependent. I report results from the stage-independent model only. This model assumes that eggs are sensitive to temperatures throughout their incubation period and is based the best available science (Martin et al. 2017, 2020). The stage-dependent model assumes that mortality of incubating Chinook Salmon eggs via exposure to low dissolved oxygen/high temperature occurs only during a "critical window" of development, 4 days prior to hatching of the egg. However, a separate study of the stage-dependent model showed that egg mortality also increases with exposure to high water temperatures outside of their proposed "critical window" (Bloomer et al. 2023 Figure 2 at 49 and discussion of management implications at 52). Therefore, I expect the stage-dependent TDM model to underestimate impacts of Shasta Reservoir temperature management on the 2026 winter-run egg cohort.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

at least one feature of the modeling that could lead to underprediction of temperatures (and associated TDM) in any scenario, explaining:

> "Model outputs should not be interpreted as precise predictions or relied upon as the sole basis for operational or regulatory decisions without independent validation and expert judgment. Specifically, the CE-QUAL-W2 simulations include an automated Temperature Control Device (TCD) gate selection algorithm that adjusts Shasta Dam outlet configurations to minimize deviation from a prescribed downstream temperature target. This algorithm may achieve temperature targets with greater consistency than is attainable in real-world operations. Therefore, simulation results are intended to evaluate the relative merit of alternative strategies, not to guarantee achievable outcomes."

(SWFSC 2026 at 3.)

83.    Estimated TDM for Forecast 90 varies within a range between 11 percent and 45 percent and between 7 percent and 34 percent for Alt 2 (SWFSC 2026 Table 2 at 4). This variation is due entirely to differences in the distribution of Chinook Salmon nests along the axis of the river (i.e., more upstream or more downstream). In any given year, the Alt 2 scenario outperforms Reclamation's planned operations; estimated mortality under Forecast 90 is greater than that under Alt 2 for any estimated redd distribution (*Id.* Table 3 at 5). Unlike reservoir releases, storage, and river temperatures, distribution of Chinook Salmon nests is not a factor under Reclamation's control.

///

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**



Figure 3: Temperature-dependent mortality (% TDM) of winter-run Chinook Salmon eggs as a function of water temperatures, as modeled by NMFS based on research published by Martin et al. 2017. Note that eggs begin to die when exposed to constant temperatures above 53.5°F and mortality increases rapidly as temperatures increase. (Source: Graph provided by federal Defendants to parties in PCFFA et al. v. Raimondo, Case 1:20-cv-00431-DAD-EPG, October 21, 2021).

 2. <u>Storing More Water Behind Shasta Dam at the End of September this Year is Likely to Substantially Reduce the Risk of Extreme Mortality Events, Beyond Those Anticipated by Current Modeling</u>

84. In addition to reducing average expected mortality of winter-run Chinook Salmon, managing Shasta Reservoir to store more water also reduces the chances of extreme Chinook Salmon mortality events, including those beyond the upper bounds of the range estimated by SWFSC. For example, SFWSC's modeling shows that, if the winter-run redd distribution in the Sacramento River in 2026 is like it was in 2025, Reclamation's intended management of Shasta Reservoir will lead to extreme TDM of 45 percent, whereas storing an additional 200 thousand acre feet of water in Shasta (Alt 2) would allow temperatures to be managed such that average estimated TDM is reduced to 34 percent (SWFSC 2026 Table 2 at 4) – still very high, but a 24 percent reduction in temperature-dependent egg mortality relative to planned operations.

85.    Finally, I note that targeting maintaining end-of-September storage in Shasta Reservoir consistent with the requirements of the 2024 NMFS biological opinion and the requests of the Water Board and CDFW would have the additional benefit of protecting water supplies for all water users should the coming water year by drier than normal. The Water Board explains:

> "Raising the [end-of-September storage] carryover storage to at least 2.4 MAF would have dual benefits of preserving cold water for longer into the year in 2026 (which based on the SWFSC TDM modeling would reduce the chances of higher TDM), while retaining additional storage for water users and the environment should 2027 be dry. As stated in Reclamation's Biological Assessment for the Proposed Action evaluated by the 2024 Biological Opinion, [end-of-September] storage of 2.4 MAF 'provides a high likelihood of EOA storage greater than 2.8 MAF the following year which is a point at which biological impacts from higher temperatures start to increase significantly.' (2024 Biological Opinion, Appendix A, Reclamation's LTO – Biological Assessment, Chapter 3, Proposed Action, p. 3-16.)"

(Water Board 2026a at 3.)

/ / /

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## VI.  SUMMARY

86.     Sacramento River winter-run Chinook Salmon and Central Valley spring-run Chinook Salmon are extremely imperiled and listed under the ESA and CESA. Wild Central Valley fall-run Chinook Salmon, which support the California coastal Chinook Salmon fishery and contribute to the food supply of endangered Orca Whales, are also imperiled.

87.     The viability of each of these salmon runs, and the viability of the endangered Orca Whale population that depends on them for food, are very likely to be negatively impacted by Reclamation's unwillingness to maintain the volume of water in storage behind Shasta Dam necessary to supply suitably cold water throughout the 2026 Chinook Salmon egg incubation period. Indeed, the impacts to winter-run, spring-run, and fall-run Chinook Salmon egg cohorts incubating in the Sacramento River are likely to be devastating unless Reclamation reduces its releases from Shasta Reservoir soon.

88.     The best available evidence shows that Reclamation could temper or avert the negative effects of high temperature releases from Shasta Reservoir this year if it operated to store at least an extra 200,000 acre-feet of water at the end of September than it currently plans.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:        June 24, 2026        _____

Jonathan A. Rosenfield, PhD

---

36

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## VII.    REFERENCES CITED

89.    Bloomer, J., Anderson, J. J., Sear, D., Greene, S., Gantner, D., & Hanson, C. 2023. Gastrulation and hatch as critical thermal windows for salmonid embryo development. River Research and Applications, 39(1), 46–53. https://doi.org/10.1002/rra.4066

90.    Burford et al. 2025. Facilitated migration could bolster migrant passage through anthropogenically altered ecosystem. Ecological Applications 35(5): e70070. Available at: https://doi.org/10.1002/eap.70070.

91.    [CDFW 2015]. California Department of Fish and Wildlife. 2015. Fish Species of Special Concern in California. 3rd Edition. Sacramento: California Department of Fish and Wildlife. Prepared for CDFW by Moyle, P.B., R. M. Quiñones, J. V. Katz, and J. Weaver. https://wildlife.ca.gov/Conservation/SSC/Fishes

92.    [CDFW 2021]. California Department of Fish and Wildlife. 2021. 2021 Winter-run Chinook Update File. Downloaded December 2021 from: https://www.calfish.org/ProgramsData/ConservationandManagement/CDFWUpperSacRiverBasinSalmonidMonitoring/tabid/357/Agg2208_SelectTab/4/Default.aspx

93.    [CDFW 2023]. California Department of Fish and Wildlife. 2023. CDFW News 2023. Available at: https://wildlife.ca.gov/News/Archive/state-and-federal-fish-agencies-take-urgent-actions-to-save-spring-run-chinook-salmon#gsc.tab=0

94.    [CDFW 2026] California Department of Fish and Wildlife. May 27, 2026. Letter to Reclamation Operations Manager from CDFW Water Branch Chief. Subject: United States Bureau of Reclamation Draft Sacramento River Temperature Management Plan. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2026/CDFW-comment-2026-draft-tmp.pdf

95.    Hance et al. 2022. From drought to deluge: spatiotemporal variation in migration routing, survival, travel time and floodplain use of an endangered migratory fish. 79 Can. Journ. Fish. & Aquatic Sci. 3 (March 2022), doi.org/10.1139/cjfas-2021-0042.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

96. Johnson RC, PK Weber, JD Wikert, ML Workman, RB MacFarlane, et al. 2012. Managed Metapopulations: Do Salmon Hatchery 'Sources' Lead to In-River 'Sinks' in Conservation? PLoS ONE 7(2): e28880. doi:10.1371/journal.pone.0028880

97. [JPE subteam 2026]. Juvenile Production Estimate sub-Team (consisting of technical representatives from CDFW, DWR, NMFS, Reclamation, and USFWS). Winter-run Brood Year Assessment 2026. [Received in email from Reclamation to Fish and Water Operations Group on 05/26/26].

98. Kimmerer, W. J. 2008. Losses of Sacramento River Chinook salmon and Delta smelt to entrainment in water diversions in the Sacramento–San Joaquin Delta. San Francisco Estuary and Watershed Science 6(2). Available at: https://escholarship.org/uc/item/7v92h6fs

99. Lindley, S. T., R. Schick, E. Mora, P. B. Adams, J. J. Anderson, S. Greene, C. Hanson, B. P. May, D. R. McEwan, R. B. MacFarlane, C. Swanson, and J. G. Williams. 2007. Framework for assessing viability of threatened and endangered Chinook salmon and steelhead in the Sacramento–San Joaquin Basin. San Francisco Estuary and Watershed Science [online serial] 5(1): Article 4. Available at: https://doi.org/10.15447/sfews.2007v5iss1art4

100. Lindley, S. T., C. B. Grimes, M. S. Mohr, W. Peterson, J. Stein, J. T. Anderson, L. W. Botsford, D. L. Bottom, C.A. Busack, T.K. Collier, J. Ferguson, J.C. Garza, A.M. Grover, D.G. Hankin, R.G. Kope, P.W. Lawson, A. Low, R. B. MacFarlane, K. Moore, M. Palmer- Zwahlen, F.B. Schwing, J. Smith, C. Tracy, R. Webb, B. K. Wells, and T.H. Williams. 2009. What Caused the Sacramento River Fall Chinook Stock Collapse? Pacific Fishery Management Council. March 18. Available at: https://www.waterboards.ca.gov/waterrights/water_issues/programs/bay_delta/deltaflow/docs/exhibits/nmfs/spprt_docs/nmfs_exh4_lindley_etal_2009.pdf

101. Martin, B.T., A. Pike, S.N. John, N. Hamda, J. Roberts, S. T. Lindley, and E. M. Danner. 2017. Phenomenological vs. biophysical models of thermal stress in aquatic eggs. Ecology Letters. doi: 10.1111/ele.12705

DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

102.    Martin B.T., Dudley P.N., Kashef N.S., Stafford D.M., Reeder W.J., Tonina D., Del Rio A.M., Foott J.S., Danner E.M. 2020 The biophysical basis of thermal tolerance in fish eggs. Proc. R. Soc. B 287: 20201550. http://dx.doi.org/10.1098/rspb.2020.1550

103.    McElhany, P., M.H. Ruckelshaus, M.J. Ford, T.C. Wainwright, and E.P. Bjorkstedt. 2000. Viable salmonid populations and the recovery of evolutionarily significant units. U.S. Dept. Commerce, NOAA Tech. Memo. NMFS-NWFSC-42,156 p

104.    Michel, C. 2018. Decoupling outmigration from marine survival indicates outsized influence of streamflow on cohort success for California's Chinook salmon populations. Canadian Journal of Fisheries and Aquatic Sciences. 76(8): 1398-1410. https://doi.org/10.1139/cjfas-2018-0140

105.    Moyle, P., R. Lusardi, P. Samuel, and J. Katz. 2017. State of the Salmonids: Status of California's Emblematic Fishes 2017. Center for Watershed Sciences, University of California, Davis and California Trout, San Francisco, CA. 579 pp. Available at: https://www.waterboards.ca.gov/waterrights/water_issues/programs/bay_delta/california_waterfix/exhibits/docs/PCFFA&IGFR/part2/pcffa_163.pdf

106.    Myrick, C.A. and J.J. Cech. 2001. Temperature Effects on Chinook Salmon and Steelhead: a Review Focusing on California's Central Valley Populations. Bay-Delta Modeling Forum Technical Publication 01-1. Available at: https://www.noaa.gov/sites/default/files/legacy/document/2020/Oct/07354626150.pdf

107.    Myrick, C.A., and J.J. Cech, 2004. Temperature effects on juvenile anadromous salmonids in California's central valley: what don't we know? Reviews in Fish Biology and Fisheries 14:113–123. DOI: 10.1007/s11160-004-2739-5

108.    [NMFS 2014]. National Marine Fisheries Service. 2014. Recovery Plan for the Evolutionarily Significant Units of Sacramento River Winter- Run Chinook Salmon and Central Valley Spring- Run Chinook Salmon and the Distinct Population Segment of California Central Valley Steelhead. West Coast Region, Sacramento, CA. Available at:

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

https://www.fisheries.noaa.gov/resource/document/recovery-plan-evolutionarily-significant-units-sacramento-river-winter-run

109.    [NMFS 2017]. National Marine Fisheries Service. Draft proposed amendment to the reasonable and prudent alternative of the 2009 biological opinion. Submitted to David Murillo, Bureau of Reclamation Regional Director by Barry Thom, National Marine Fisheries Service Regional Administrator. January 19, 2017.

110.    [2019 NMFS BiOp]. National Marine Fisheries Service. 2019. Biological opinion on Long-Term Operation of the Central Valley Project and State Water Project. October 21, 2019. Available at: https://www.fisheries.noaa.gov/resource/document/biological-opinion-reinitiation-consultation-long-term-operation-central-valley

111.    [NMFS 2022]. National Marine Fisheries Service. 2022. Species in the Spotlight website (dated 4/21/21; last updated 10/04/22). Website. Available at: https://www.fisheries.noaa.gov/resource/document/species-spotlight-priority-actions-2021-2025-sacramento-river-winter-run-chinook

112.    [NMFS 2023]. National Marine Fisheries Service. 2023. Letter to Reclamation Deputy Regional Director of Operations from NMFS Assistant Regional Administrator. Re: Brood Year 2023 Juvenile Production Estimate (JPE). Dated: January 12, 2024

113.    [NMFS 2024]. National Marine Fisheries Service. 2024. 5-Year Review: Summary & Evaluation of Sacramento River Winter-Run Chinook Salmon. National Marine Fisheries Service, West Coast Region. Available at: https://media.fisheries.noaa.gov/2024-02/5-year-status-review-srwr-chinook.pdf

114.    [2024 NMFS BiOp]. National Marine Fisheries Service. 2024. Endangered Species Act Section 7(a)(2) Programmatic Biological Opinion for the Reinitiation of Consultation on the Long-Term Operation of the Central Valley Project and State Water Project. NMFS No: WCRO-2024-02917. National Oceanic and Atmospheric Administration.

115.    NOAA Fisheries. 2023. River Temperatures and Survival of Endangered California Winter-Run Chinook Salmon in the 2021 Drought. Webpage last updated 01/30/2023. Available at:

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

https://www.fisheries.noaa.gov/west-coast/climate/river-temperatures-and-survival-endangered-california-winter-run-chinook-salmon

116.    Palmer-Zwahlen, M. and B. Kormos 2015. Recovery of Coded-Wire Tags from Chinook Salmon in California's Central Valley Escapement, Inland Harvest, and Ocean Harvest in 2012. Fisheries Administrative Report 2015-4. California Department of Fish and Wildlife 66pp. Available at: https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=112524.

117.    Perry, R.W., A.C. Pope, J.G. Romine, P.L. Brandes, J.R. Burau, A.R. Blake, A.J. Ammann, and C.J. Michel. 2018. Flow-mediated effects on travel time, routing, and survival of juvenile Chinook salmon in a spatially complex, tidally forced river delta. Can. J. Fish. Aquat. Sci. 75:1886–1901 (2018). dx.doi.org/10.1139/cjfas-2017-0310

118.    [PFMC 2019]. Pacific Fisheries Management Council. 2019. Excerpts from: Sacramento River Fall Chinook Salmon Rebuilding Plan. Available at: https://www.pcouncil.org/documents/2020/05/excerpts-from-sacramento-river-fall-chinook-july-2019-salmon-rebuilding-plan.pdf/ (excerpted from the full report: Pacific Fishery Management Council. 2019. Salmon Rebuilding Plan for Sacramento River Fall Chinook. Pacific Fishery Management Council, 7700 NE Ambassador Place, Suite 101, Portland, Oregon 97220-1384).

119.    Quinn, T. P. 2005. The Behavior and Ecology of Pacific Salmon and Trout. First Edition. Bethesda, MD: American Fisheries Society in association with University of Washington Press, Seattle, WA.

120.    [Reclamation 2024a]. Bureau of Reclamation. 2024. Appendix C. Species Spatial Temporal Domains. Biological Assessment of Central Valley Project Long-Term Operations. Available at: https://www.usbr.gov/mp/nepa/includes/documentShow.php?Doc_ID=55329

121.    [Reclamation 2024b]. Bureau of Reclamation 2024. Appendix AB. Biological Assessment of Central Valley Project Long-term Operations. Chapter 3: Proposed Action. Available at: https://www.usbr.gov/mp/nepa/includes/documentShow.php?Doc_ID=55343

122.    [Reclamation 2024c]. Bureau of Reclamation. 2024. Appendix AB-L, Shasta Coldwater Pool Management, Attachment L.2 Egg-to-fry Survival and Temperature-Dependent

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Mortality. Environmental Impact Statement on Long-term Operations of the Central Valley Project. Available at: https://www.usbr.gov/mp/nepa/includes/documentShow.php?Doc_ID=55284

123.    [Reclamation 2025]. Bureau of Reclamation. 2025. [FINAL] 2025 Sacramento River Temperature Management Plan. Submitted to the State Water Resources Control Board. Dated: June 24, 2025. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2025/2025-final-tmp-with-transmittal.pdf

124.    [Reclamation 2026a]. Bureau of Reclamation. 2026. [FINAL] 2026 Sacramento River Temperature Management Plan. Submitted to the State Water Resources Control Board. Dated: May 29, 2026. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2026/2026-final-srg-temp-wtr-mgmt-plan.pdf

125.    [Reclamation 2026b]. Bureau of Reclamation. 2026. Sacramento River Group Summary. Dated: May 28, 2026. [Received in email from M. Schiappi (contractor for Reclamation) to the Sacramento River Group on 05/28/2026].

126.    [Reclamation 2026c]. Bureau of Reclamation. 2026. Sacramento River Group Meeting Summary. Dated: March 26, 2026.

127.    [Reclamation 2026d]. Bureau of Reclamation. 2026. Press Release. Dated March 24, 2026. Available at https://www.usbr.gov/newsroom/news-release/5305

128.    [Reclamation 2026e]. Bureau of Reclamation. 2026. Press Release. Dated May 19, 2026. Available at: https://www.usbr.gov/newsroom/news-release/5338

129.    [SEP group 2019]. Scientific Evaluation Process Workgroup. 2019. Conservation Planning Foundation for Restoring Chinook Salmon (*Onchorhynchus tshawytscha*) and O. mykiss in Stanislaus River. April 2019. Available at: https://www.scienceforconservation.org/assets/downloads/SEP_Report_April_2019.pdf.

130.    [SWFSC 2020.] Southwest Fisheries Science Center. Water Year 2020 Winter-Run Chinook Temperature-Dependent Mortality Estimate. Dated: December 8, 2020.

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

131. [SWFSC 2021] Southwest Fisheries Science Center. 2021. Water Year 2021 Winter-Run Chinook Temperature-Dependent Mortality Estimate. Dated: Oct. 24, 2021.

132. [SWFSC 2023]. Southwest Fisheries Science Center. 2023. Viability assessment for Pacific salmon and steelhead listed under the Endangered Species Act: Southwest. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SWFSC-686. https://doi.org/10.25923/039q-q707

133. [SWFSC 2026]. Southwest Fisheries Science Center/UC Santa Cruz. 2026. Temperature-Dependent Egg Mortality Estimates for the 2026 Sacramento River Temperature Management Plan. Dated: May 27, 2026.

134. [USEPA 2003] U.S. Environmental Protection Agency. 2003. EPA Region 10 Guidance for Pacific Northwest State and Tribal Temperature Water Quality Standards. EPA 910-B-03-002. Region 10, Office of Water, Seattle, WA. Available at: https://nepis.epa.gov/Exe/ZyPDF.cgi/P1004IUI.PDF?Dockey=P1004IUI.PDF

135. Water Board. 2016. State Water Resources Control Board Order 2015-0043, corrected Jan.19, 2016. Available at: https://www.waterboards.ca.gov/waterrights/board_decisions/adopted_orders/orders/2015/wro2015_0043.pdf

136. Water Board. 2020a. State Water Resources Control Board. Letter to Reclamation Regional Director from Water Board Executive Director, re: Order 90-5 Sacramento River Temperature Management. State Water Resources Control Board. Dated July 2, 2020. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2020/7-02-20_signed_es_sac_temp_respone_6-22_usbr_ltr_final.pdf

137. Water Board. 2020b. Order 90-5 Sacramento River Temperature Management. Letter to Reclamation Regional Director from Water Board Executive Director. State Water Resources Control Board. Dated June 1, 2020. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2020/6-01-20_sac_tmp_response_letter.pdf

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

138.     Water Board. 2026a. Letter to Reclamation (Operations Manager) Tom Patton from Water Board Assistant Deputy Director. Re: Comments on April 29, 2026 Draft Temperature Management Plan. State Water Resources Control Board. Dated: May 15, 2026. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2026/2026-draft-tmp-swrcb-comment-ltr.pdf

139.     Water Board. 2026b. Letter to Reclamation Central Valley Project Operations Manager from Water Board Executive Director. Re: Order 90-5 Sacramento River Temperature Management Plan. State Water Resources Control Board. Dated: June 10, 2026. Available at: https://www.waterboards.ca.gov/drought/sacramento_river/docs/2026/tmp-response-final-2026.pdf

**DECLARATION OF DR. ROSENFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

# Exhibit 1

# Jonathan Alan Rosenfield, Ph.D.

1736 Franklin St. Suite 800,
Oakland, CA 94612; jon@baykeeper.org

## EDUCATION

**UNIVERSITY OF NEW MEXICO**      PH.D., BIOLOGY      *2001*
   Dissertation:  Conservation of North American freshwater fish species: the micro and macro of speciation and extinction.

**UNIVERSITY OF MICHIGAN**   M.S., NATURAL RESOURCES ECOLOGY      *1996*
**CORNELL UNIVERSITY**      B.S., NATURAL RESOURCES ECOLOGY      *1991*

## PROFESSIONAL EXPERIENCE (SELECTED)

**SCIENCE DIRECTOR**      SAN FRANCISCO BAYKEEPER      *PRESENT*
   Manage water quality and species protection investigations in San Francisco Bay and its watershed. Represent SF Baykeeper in scientific and policy contexts. Analyze, interpret, and report on data collected by SF Baykeeper, academics, and government agencies.

**LEAD SCIENTIST**      THE BAY INSTITUTE      *2008-19*
   Represent a regional environmental non-profit in efforts to protect and restore the native biological diversity and ecosystem services of the San Francisco Bay estuary and its watershed. Advocate for integration of best available science into management plans for the estuary and its watershed in order to protect imperiled and economically valuable species. Analyze datasets to uncover ecosystem dynamics and recommend management of vital aquatic resources.

**SOLE PROPRIETOR**      AQUATIC RESTORATION CONSULTING      *2005-08*
   Initiated and managed consulting projects focusing on fish, wildlife, and habitat restoration in and around the San Francisco Estuary and its watershed.

**DIRECTOR, SCIENTIFIC PEER-REVIEW**   CALFED ECOSYSTEM RESTORATION PROGRAM   *2004-05*
   Managed scientific peer-review of proposals for a multi-million dollar ecosystem restoration grant program. Collaborated on design of web-based proposal and reviewer management databases.  Recruited and assigned scientists to review technical proposals for both, CalFED's Ecosystem Restoration and Science programs. Planned, hosted, and managed review panels.

**POST-DOCTORAL RESEARCHER**      UC DAVIS      *2002-04*
   Explored long-term datasets to uncover causes of longfin smelt (*Spirinchus thaleichthys*) population decline in the San Francisco Estuary.

## PEER-REVIEWED ACADEMIC PUBLICATIONS

Reis, G.J., J.K. Howard, and J.A. Rosenfield. 2019. Clarifying Effects of Environmental Protections on Freshwater Flows to—and Water Exports from—the San Francisco Bay Estuary. San Francisco Estuary and Watershed Science, 17(1). Available at: https://escholarship.org/uc/item/8mh3r97j

Nobriga, M.L., and J.A. Rosenfield. 2016. Population dynamics of an estuarine forage fish: disaggregating forces driving long-term decline of longfin smelt in California's San Francisco Estuary. Transactions of the American Fisheries Society 145: 44-58.

Rosenfield, J.A. and R. Baxter. 2007. Population dynamics and distribution patterns of longfin smelt in the San Francisco Estuary.  Transactions of the American Fisheries Society 136:1577-1592.

Rosenfield, J.A., S. Nolasco, S. Lindauer, C. Sandoval, and A. Kodric-Brown. 2004. The role of hybrid vigor in the replacement of Pecos pupfish by its hybrids with sheepshead minnow. Conservation Biology 18:1-10.

Kodric-Brown, A. and J.A. Rosenfield. 2004. Populations of Pecos pupfish (*Cyprinodon pecosensis*) differ in their susceptibility to hybridization with sheepshead minnow (*C. variegatus*). Behavioural Ecology and Sociobiology 56: 116-123.

Rosenfield, J.A. and A. Kodric-Brown. 2003. Sexual selection promotes hybridization between Pecos pupfish, *Cyprinodon pecosensis* and sheepshead minnow, *C. variegatus*. Journal of Evolutionary Biology 16:595-606

Parker, T., R. Knapp, and J.A. Rosenfield. 2002. Social mediation of sexually selected ornamentation and steroid hormone levels in male junglefowl.  Animal Behaviour 64:291-298.

Rosenfield, J.A. 2002. Pattern and process in the geographic ranges of freshwater fishes. Global Ecology and Biogeography 11:323-332.

Rosenfield, J.A., T. Todd, and R. Greil. 2000. Molecular evidence of unidirectional hybridization and introgression between pink and chinook salmon of the St. Mary's River, MI. Transactions of the American Fisheries Society 129:670-679.

Rosenfield, J.A. 1998. Detection of natural hybridization between pink salmon (*Oncorhynchus gorbuscha*) and chinook salmon (*Oncorhynchus tshawytscha*) in the Laurentian Great Lakes using meristic, morphological, and color evidence. Copeia 1998:706-714.

Smith, G.R., J.A. Rosenfield, and J. Porterfield. 1995. Processes of origin and criteria for preservation of fish species. Pages 44-57 in J.L. Nielsen, P. Brouha, and D. Powers, eds. *Evolution and the aquatic ecosystem: Defining unique units in population conservation.* American Fisheries Society special publication #17.  Bethesda, MD.

## PEER-REVIEWED REPORTS

Bennett, B. and J.A. Rosenfield.  2019. Fish Assemblage Health Indicators for the Upper San Francisco Bay Estuary, including Suisun Bay, Suisun Marsh, and Delta. Technical Appendix to *State of the Estuary, 2019 update: Status and trends of indicators of ecosystem health.* San Francisco Estuary Partnership. Available at: https://www.sfestuary.org/wp-content/uploads/2019/10/SOTER-Combined-Technical-Appendix.pdf

[SEP]. 2019. Stanislaus River Scientific Evaluation Process Group. [Multiple co-authors, including technical staff of American Rivers, California Department of Fish and Wildlife, National Marine Fisheries Service, The Bay Institute, The Nature Conservancy, Trout Unlimited, US Fish and Wildlife Service, and UC Davis]. 2019. Conservation planning foundation for restoring Chinook Salmon (*Oncorhynchus tshawytscha*) and *O. mykiss* in the Stanislaus River. Anchor QEA. 400 pages + appendices.

Swanson, T., J.A. Rosenfield, and A. Weber-Stover.  2015. WILDLIFE – Estuary Fish. Technical Appendix to *State of the Estuary, 2015: Status and trends updates on 33 indicators of ecosystem health.* San Francisco Estuary Partnership. Available at: https://www.sfestuary.org/wp-content/uploads/2015/11/0_Comprehensive_TA_Document_SOTER_2015.pdf

Weber-Stover, A. and J.A. Rosenfield. 2015. Fish Assemblage Health Indicators for the Upper San Francisco Bay Estuary, including Suisun Bay, Suisun Marsh, and Delta. Technical Appendix to *State of the Estuary, 2015: Status and trends updates on 33 indicators of ecosystem health.* San Francisco

Estuary Partnership. Available at: https://www.sfestuary.org/wp-content/uploads/2015/11/0_Comprehensive_TA_Document_SOTER_2015.pdf

Grenier, L., G. Reis, J. Rosenfield, and P. Vorster. 2015. Processes – Sediment on the Move. Sidebar Source Material for *State of the Estuary, 2015: Status and trends updates on 33 indicators of ecosystem health*. San Francisco Estuary Partnership. Available at: https://www.sfestuary.org/wp-content/uploads/2015/11/0_Comprehensive_TA_Document_SOTER_2015.pdf

Rosenfield, J.A. 2010. Conceptual life-history model for longfin smelt (*Spirinchus thaleichthys*) in the San Francisco Estuary. CalFed Bay-Delta Authority, Ecosystem Restoration Program. Delta Regional Ecosystem Restoration Implementation Plan, Sacramento, CA. Available at: https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=28421

## OTHER PUBLICATIONS (SELECTED)

Bennett, W.A., G. Bobker. G.J. Reis, J.A. Rosenfield, P. Vorster. 2018. Afterword. Pages 282-305 in From the Sierra to the Sea: the ecological history of the San Francisco Bay-Delta watershed, 20th Anniversary Edition. The Bay Institute. San Francisco, CA. 305 pp. Available at: https://bayecotarium.org/ecostore/sierra-to-the-sea/

The Bay Institute. 2016. San Francisco Bay: the freshwater starved estuary. The Bay Institute. San Francisco, CA. 84 pp. Available at: https://bayecotarium.org/wp-content/uploads/freshwater_report.pdf

The Bay Institute. 2012. Collateral Damage: A citizen's guide to fish kills and habitat degradation at the state and federal water project pumps in the Delta. The Bay Institute. San Francisco, CA. 19 pp. Available at: https://bayecotarium.org/wp-content/uploads/collateraldamage.pdf

The Bay Institute. 2010. Gone with the Flow: how the alteration of freshwater flows is killing the Bay-Delta estuary. The Bay Institute. San Francisco, CA. 26 pp. Available at: https://bayecotarium.org/wp-content/uploads/gone-with-the-flow-.pdf

California Bay-Delta Authority, Ecosystem Restoration Program. 2006. [Website] Biological and ecological effects conceptual model *in* Dissolved oxygen concentration in the Stockton Deepwater Ship Channel: Conceptual Models. Prepared for Central Valley Regional Water Quality Control Board and California Bay-Delta Authority, Ecosystem Restoration Program by Jones and Stokes Associates. Available at: http://www.sjrdotmdl.org/concept_model/index.htm

Rosenfield, J.A. 1991. *Municipal Compost Management: Study Guide.* Cornell University Home Study Program, Cornell University, College of Agriculture and Life Sciences. Ithaca, NY. 50 pp.

Cobb, K. and J.A. Rosenfield, eds. 1991. *Municipal Compost Management.* Cornell University Home Study Program, Cornell Univ., College of Agriculture and Life Sciences. Ithaca, NY. 250 pp.

## PROFESSIONAL SERVICE

**Committees**

White Sturgeon Community Working Group (CDFW)

San Joaquin River STM Working Goup (State Water Resources Control Board)

Steering Committee for Drought Management Synthesis Review (Delta Science Program)

Delta Nutrient Stakeholder Technical Advisory Group (Central Valley Regional Water Resources Control Board)

**Peer-review** (RECENT)

US Fish and Wildlife Service, ESA species status assessment for Longfin Smelt

Ecosphere

San Francisco Estuary and Watershed Sciences

**Doctoral Committee Member**

Dr. Andy Fields, University of the Pacific

# Exhibit 2

# DEVON ERIC PEARSE

**Email:** dpearse@ucsc.edu
devon@friendsoftheriver.org

**EDUCATION:**

2001, Ph.D. Population Genetics, University of Georgia, Department of Genetics.
1996, BA. University of California, Santa Cruz, Department of Biology. *Thesis Honors*.

**PROFESSIONAL APPOINTMENTS:**

| | | |
|---|---|---|
| 2025-Present | Lead Scientist | Friends of the River Sacramento, CA |
| 2023-Present | Affiliate Faculty | Department of Ecosystem and Conservation Sci., U. Montana |
| 2008-Present | Adjunct Professor | Department of Ecology and Evolutionary Biology, UCSC |
| 2003-Present | Research Associate | Institute of Marine Sciences University of California, Santa Cruz |
| 2003-2025 | Research Geneticist | National Marine Fisheries Service Santa Cruz, CA |
| 2001-2003 | Post-Doctoral Research Associate | Brigham Young University Provo, UT |

**SERVICE AND REVIEW:**

As a scientist at the National Marine Fisheries Service, I conducted research and actively engaged in advisory work focused on conservation and management of California salmonids. As a geneticist, I evaluated available data and provided advice on the potential risks and benefits of specific management actions for species and populations of concern, with a focus on preserving the diversity and evolutionary potential for future adaptation. As Lead Scientist at Friends of the River I support the best available science to guide the sustainable management of rivers.

-Reviewer for Smith Conservation Postdoctoral Fellowships, 2022, 2023.
-Member, Multi-Agency Great Lakes Coregonine Restoration Science Team, 2020-2022.
-Member, Hatchery Coordination Teams for *Nimbus Hatchery* and *Mokelumne Hatchery*.
-Review panelist, NOAA RESTORE Act grants program, Spanish Fort, AL. January 2017.
-Associate Editor for: *North American Journal of Fisheries Management* (2005-2009).
-Manuscript review for journals including: *Animal Conservation, Behavioral Ecology & Sociobiology, Biological Bulletin, Biol. J. of the Linnean Society, Conservation Biology, Conservation Genetics, Genetica, Heredity, Journal of Herpetology, Marine Ecology Progress Series, Molecular Biology and Evolution, Molecular Ecology, Molecular Phylogenetics and Evolution, North American J. of Fisheries Management, Plos One, Proceedings of the Royal Society B, Transactions of the American Fisheries Society.*

**PEER REVIEWED PUBLICATIONS:**

1. Goetz, L. G., Chapman, E. D., Michel, C. J., Correa, E. C. A., and **D. E. Pearse**. *In Press.* Ancestry and Adaptation of Resident, Adfluvial, and Anadromous Rainbow Trout (*Oncorhynchus mykiss*) in Putah Creek, an Ecotone Crossing Watershed. *San Francisco Esturary and Watershed Science.*

2. Payne, C. Y. Escalona, M. Blair S. R. K., Finger, A. J., Green, R. E. **Pearse, D.,** Rodzen, J., and J. C. Garza. 2026. A genome assembly for Lahontan Cutthroat Trout, *Oncorhynchus clarkii henshawi*, *Journal of Heredity*, 117: 1. Pp 159–172, https://doi.org/10.1093/jhered/esaf050

3. Sharo, A. G., Supple, M. A., Cabrera, R., Seligmann, W. E., Sacco, S., Columbus, C. D., **Pearse, D. E.**, Shapiro, B., & J. C. Garza. 2025. Recent Adaptation in a Threatened Salmonid Revealed by Museum Genomics. *Molecular Ecology*, 34: e70063. https://doi.org/10.1111/mec.70063

4. May, S. A., Rosenbaum, S. W., **Pearse, D. E.**, Kardos, M., Primmer, C. R., Baetscher, D. S., & Waples, R. S. 2025. The Genomics Revolution in Nonmodel Species: Predictions vs. Reality for Salmonids. *Molecular Ecology*, e17758. https://doi.org/10.1111/mec.17758

5. Anderson, E.C., Clemento, A.J., Campbell, M.A., **Pearse, D.E.**, Beulke, A.K., Columbus, C., Campbell E., Thompson, N.F., & Garza, J.C. (2025). A multipurpose microhaplotype panel for genetic analysis of California Chinook salmon. *Evolutionary Applications*, 18(5), e70110. https://doi.org/10.1111/eva.70110

6. Le Gall, R., N. Barthelemy, A. J. Clemento, C. D. Columbus, E. Campbell, E. C. A. Correa, J. A. Rodzen, J. C. Garza, and **D. E. Pearse**. 2024. Development of a novel microhaplotype panel for steelhead/rainbow trout (*Oncorhynchus mykiss*) and application for phylogenetic analysis in California. *Con. Gen. Resour.*, https://doi.org/10.1007/s12686-024-01374-2

7. Hale, M., **D. Pearse**, M. A. Campbell. 2024. Characterization and distribution of a 14 MB chromosomal inversion in native populations of rainbow trout (*Oncorhynchus mykiss*). *G3 Genes|Genomes|Genetics*, 2024; jkae100, https://doi.org/10.1093/g3journal/jkae100

8. Goetz, L. C., Nuetzel, H., Vendrami, D. L. J., Beulke, A. K., Anderson, E. C., Garza, J. C., & **Pearse, D. E.** 2024. Genetic parentage reveals the (un)natural history of Central Valley hatchery steelhead. *Evolutionary Applications*, 17, e13681. https://doi.org/10.1111/eva.13681

9. Lázari, C., Riva-Rossi, C., Ciancio, J., Pascual, M., Clemento, A. J., **Pearse, D. E**., & Garza, J. C. 2024. Ancestry and genetic structure of resident and anadromous rainbow trout (*Oncorhynchus mykiss*) in Argentina. *Journal of Fish Biology*, 1–18.

10. Beulke, A. K., Abadía-Cardoso, A., **Pearse, D. E.**, Goetz, L. C., Thompson, N. F., Anderson, E. C., & Garza, J. C. 2023. Distinct patterns of inheritance shape life-history traits in steelhead trout. *Molecular Ecology*, 32, 6896–6912. https://doi.org/10.1111/mec.17182

11. Waples, RS, MJ Ford, K Nichols, M Kardos, J Myers, TQ Thompson, EC Anderson, IJ Koch, G McKinney, MR Miller, K Naish, SR Narum, KG O'Malley, **DE Pearse**, GR Pess, TP Quinn, TR Seamons, A Spidle, KI Warheit, SC Willis. 2022. Implications of Large-Effect Loci for Conservation: A Review and Case Study with Pacific Salmon. *Journal of Heredity*, 2022; esab069, https://doi.org/10.1093/jhered/esab069

12. MA Campbell, EC Anderson, JC Garza, **DE Pearse**. 2021. Polygenic basis and the role of genome duplication in adaptation to similar selective environments. *Journal of Heredity* 112(7); 614-625. https://doi.org/10.1093/jhered/esab049

13. Donohoe, C. J., Rundio, D. E., **Pearse, D. E**., and Williams, T. H. 2021. Straying and life history of adult steelhead in a small California coastal stream revealed by otolith natural tags and genetic stock identification. *North Am. J. Fisheries Management* 41(3):711-723. https://doi.org/10.1002/nafm.10577

14. Rundio, D. E., Garza, J. C., Lindley, S. T., Williams, T. H., and **Pearse, D. E.** 2021. Differences in growth and condition of juvenile *Oncorhynchus mykiss* related to sex and a migration-associated genomic region. *Can. J. Fish. Aq. Sci.* 78(3):322-331. https://doi.org/10.1139/cjfas-2020-0073

15. Thompson, N. F., Anderson, E. C., Clemento, A. C., Campbell, M. A, **Pearse, D. E**., Hearsey, J. W., Kinziger, A. P., and Garza, J. C. 2020. A complex phenotype in salmon controlled by a simple change in migratory timing. *Science* 370:609-613. https://doi.org/10.1126/science.aba9059

16. **Pearse, D. E.**, Barson, N. J., Nome, T., Gao, G., Campbell, M. A., Abadía-Cardoso, A., Anderson, E. C., Rundio, D. E., Williams, T. H., Naish, K. A., Moen, T., Liu, S., Kent, M., Moser, M., Minkley, D. R., Rondeau, E. B., Brieuc, M. S. O., Sandve, S. R., Miller, M. R., Cedillo, L., Baruch, K., Hernandez, A. G., Ben-Zvi, G., Shem-Tov, D., Barad, O., Kuzishchin, K., Garza, J. C., Lindley, S. T., Koop, B. F., Thorgaard, G. H. Palti, Y, and Lien, S. 2019. Sex-dependent dominance maintains migration supergene in rainbow trout. *Nature Ecology & Evolution* 3:1731-1742.  https://doi.org/10.1038/s41559-019-1044-6

17. Campbell, M. A., Hale, M. C., McKinney, G. J., Nichols, K. M., & **Pearse, D. E.** 2019. Long-term conservation of ohnologs through partial tetrasomy following whole-genome duplication in Salmonidae. *G3: Genes, Genomes, Genetics* 9:2017-2028.

18. Abadía-Cardoso, A., Brodsky, A., Cavallo, B, Arciniega, M., Garza, J. C., Hannon, J. & **D. E. Pearse**. 2019. Anadromy Redux? Genetic Analysis to Inform Development of an Indigenous American River Steelhead Broodstock. *Journal of Fish and Wildlife Management* 10(1):137-147. DOI: 10.3996/072018-JFWM-063

19. **Pearse, D. E.** & M. A. Campbell, 2018. Ancestry and Adaptation of Rainbow Trout in Yosemite National Park. *Fisheries* 43:472-484.

20. G. Gao, T. Nome, **D. E. Pearse**, T. Moen, K. A. Naish, G. H. Thorgaard, S. Lien, Y. Palti. 2018. A new single nucleotide polymorphism database for rainbow trout generated through whole genome resequencing. *Frontiers in Genetics* 9:147.

21. Apgar, T., **Pearse, D. E.**, Palkovacs, E. 2017. Evolutionary restoration of anadromous migration in steelhead trout. *Evolutionary Applications* 10(5), 485-497.

22. Leitwein, M., Garza, J. C., & **Pearse, D. E.** 2017. Ancestry and adaptive evolution of anadromous, resident, and adfluvial rainbow trout (*Oncorhynchus mykiss*) in the San Francisco Bay Area: application of adaptive genomic variation to conservation in a highly impacted landscape. *Evolutionary Applications* 10(1), 56-67. DOI: 10.1111/eva.12416.

23. **Pearse D. E.** 2016. Saving the Spandrels? Adaptive genomic variation in conservation and fisheries management. *Journal of Fish Biology* 89(6) 2697-2716.

24. Abadía-Cardoso, A., **Pearse, D. E**., Jacobson, S., Marshall, J., Dalrymple, D., Kawasaki, F., Ruiz-Campos, G., & Garza, J. C. 2016. Population genetic structure and ancestry of steelhead/rainbow trout (*Oncorhynchus mykiss*) at the extreme southern edge of their range in North America. *Conservation Genetics*, 17, 675-689.

25. Phillis, C. C., Moore, J. W., Buoro, M., Hayes, S. A., Garza, J. C., & **Pearse, D. E.** 2016. Shifting thresholds: rapid evolution of migratory life histories in steelhead/rainbow trout, *Onchorhynchus mykiss*. *Journal of Heredity,* 107(1):51-60.

26. Arciniega, M., Clemento, A. J., Miller, M. R., Peterson, M. Garza, J. C., & **Pearse, D. E.** 2016. Parallel evolution of the summer steelhead ecotype in multiple populations from Oregon and Northern California. *Conservation Genetics*, 17:165-175.

27. **Pearse, D. E.** & Garza J. C. 2015. You can't unscramble and egg: Population genetic structure of *Oncorhynchus mykiss* in the California Central Valley inferred from combined microsatellite and SNP data. *San Francisco Estuary and Watershed Science*. 13(4). http://escholarship.org/uc/item/8dk7m218

28. **Pearse, D. E**., Miller, M. R., Abadía-Cardoso, A., & Garza, J. C. 2014. Rapid parallel evolution of life history in steelhead/rainbow trout, *Oncorhynchus mykiss,* linked to standing variation in a single, complex, genomic region. *Proc. Roy. Soc. B*. 281:20140012.

29. Millán-Márquez, A. M., Salinas-Zavala C. A., Cruz P., Bernardi G., & **D. Pearse**. 2014. Isolation and characterization of microsatellites markers in the jumbo squid *Dosidicus gigas* (D´Orbigny, 1835) (Ommastrephidae)./Aislamiento y caracterización de marcadores moleculares microsatélites en *Dosidicus gigas* (D´Orbigny, 1835) (Ommastrephidae). *Journal of Genetics* 93:e38-e40.

30. Abadía-Cardoso, A., Anderson, E. C., **Pearse, D. E**., & Garza, J. C. 2013. Intergenerational genetic tagging reveals reproductive patterns and heritability of spawn timing in steelhead (*Oncorhynchus mykiss*). *Molecular Ecology* **22**:4733-4746.

31. Field J. C., Elliger, C., Baltz, K., Gillespie, G. E., Gilly, W. F., Ruiz- Cooley, I., **Pearse D.E**., S. Stewart, J. S., Matsubu, W. & Walker, W. 2013. Foraging ecology and movement patterns of jumbo squid (*Dosidicus gigas)* in the California Current System. *Deep-Sea Research Part II: Topical Studies in Oceanography* **95:**37-51.

32. Hayes, S. A., Hanson C. V., Bond, M. H., **Pearse, D. E.**, Jones, A., Garza, J. C. & MacFarlane, R. B. 2012. Should I stay or should I go? The influence of genetics and physiology on habitat use and emigration behavior by resident and anadromous juvenile *Oncorhynchus mykiss*. *North American Journal of Fisheries Management* 32:772–780.

33. Rundio, D. E., Williams, T. H., **Pearse, D. E.**, & Lindley, S. T. 2012. Male-biased sex ratio of nonanadromous *Oncorhynchus mykiss* in a partially migratory population in California. *Ecology of Freshwater Fish* 21:293-299. doi: 10.1111/j.1600-0633.2011.00547.x

34. Martínez, A., Garza, J. C., **Pearse, D. E.** 2011. A microsatellite genome screen identifies chromosomal regions under differential selection in steelhead and rainbow trout (*Oncorhynchus mykiss*). *Transactions of the American Fisheries Society* 140:829-842.

35. **Pearse D. E.**, Gunckel S. L, & Jacobs S. E. 2011. Population structure and genetic divergence of rainbow and redband trout (*Oncorhynchus mykiss*) in the upper Klamath Basin. *Transactions of the American Fisheries Society* 140:587-597.

36. **Pearse, D. E**., Martinez, E. & Garza, J. C. 2011. Disruption of Historical Patterns of Isolation by Distance in Coastal Steelhead. *Conservation Genetics* 12:691-700.

37. **Pearse, D. E.** & Anderson, E. C. 2009. Multiple paternity increases effective population size. *Molecular Ecology* 18: 3124-3127.

38. **Pearse, D. E.**, Hayes, S. A., Bond, M., Hanson, C., Anderson, E. C., MacFarlane, R. B., and Garza, J. C. 2009. Over the falls? Rapid evolution of ecotypic differentiation in steelhead/rainbow trout (*Oncorhynchus mykiss*). *Journal of Heredity* 100:515-525.

39. Rice, A. R., **Pearse, D. E.**, Becker, T., Newman, R. A., Cebonville, C., Harper, G. R., & Pfennig, K. S. 2008. Development and characterization of nine polymorphic microsatellite markers for Mexican spadefoot toads (*Spea multiplicata*) with cross-amplification in Plains spadefoot toads (*S. bombifrons*). *Molecular Ecology Resources* 8:1368-1389.

40. **Pearse, D. E**., Donohoe, C. J., & Garza, J. C. 2007. Population genetics of steelhead (*Oncorhynchus mykiss*) in the Klamath River. *Environmental Biology of Fishes* 80:377-387.

41. **Pearse, D. E**., Wooninck, L., Dean, C. A., & Garza, J. C. 2007. Identification of Northeastern Pacific rockfish (*Sebastes spp.*) using multilocus nuclear DNA genotypes. *Transactions of the American Fisheries Society* 136:272-280.

42. Hayes, S. A., **Pearse, D. E.,** Costa, D. P., Harvey, J. T., Le Boeuf, B. J., & Garza, J. C. 2006. Mating system and reproductive success in eastern Pacific Harbour seals. *Molecular Ecology* 15:3023-3034.

43. **Pearse, D. E.,** Dastrup, R. B., Hernandez, O., & Sites, J. W. Jr. 2006. Paternity in the Medio Orinoco population of the endangered 'Arrau' river turtles, *Podocnemis expansa* (Pleurodira; Podocnemididae), from Venezuela. *Chelonian Conservation and Biology* 5:232-238.

44. **Pearse, D. E**., Arndt, A. D., Valenzuela, N., Miller, B. A., Cantarelli, V., & Sites, J. W. Jr. 2006. Estimating population structure under non-equilibrium conditions in a conservation context: Continent-wide population genetics of the giant Amazon river turtle *Podocnemis expansa* (Chelonia; Podocnemidae). *Molecular Ecology* 15:985-1006.

45. Shurtliff, Q. R., **Pearse, D. E**., & Rogers, D. S. 2005. Parentage analysis and breeding dispersal distances in the canyon mouse (*Peromyscus crinitus*): genetic evidence fo monogamy and polyandry. *Journal of Mammalogy* 86: 531-54.

46. **Pearse, D. E.** & Crandall, K. A. 2004. Beyond Fst: Analysis of population genetic data for conservation. *Conservation Genetics* 5: 585-602.

47. Avise, J.C, Jones, A. G., Walker, D., DeWoody, J. A., & collaborators (**Pearse, D. E**, one of 7 other authors). 2002. Genetic mating systems and reproductive natural histories of fishes: lessons for ecology and evolution. *Annual Review of Genetics* 36:19-45.

48. **Pearse, D. E**., Janzen, F. J., & Avise, J. C. 2002. Multiple paternity, sperm storage, and reproductive success of female and male painted turtles (*Chrysemys picta*) in nature. *Behavioral Ecology and Sociobiology* 51:164-171.

49. **Pearse, D. E**., Eckerman, C. M., Janzen, F. J., & Avise, J. C. 2001. A genetic analogue of 'Mark-Recapture' methods for estimating population size: An approach based on molecular parentage assessments. *Molecular Ecology* 10:2711-2718.

50. **Pearse, D. E**. & Avise, J. C. 2001. Turtle mating systems: behavior, sperm storage, and genetic paternity. *Journal of Heredity* 92: 206-211.

51. **Pearse, D. E**., Janzen, F. J., & Avise, J. C. 2001. Genetic markers reveal long-term storage and utilization of sperm by female painted turtles. *Heredity* 86: 378-384.

52. **Pearse, D. E.** & Pogson, G. 2000. Phylogeography of the California legless lizard, *Anniella pulchra*: Evidence for parallel evolution of the melanistic morph. *Evolution* 54: 1041-1046.

53. Goodisman, M. A. D., Mack, P. D., **Pearse, D. E**., & Ross, K. G. 1999. Effects of a single gene on worker and male mass in the Fire Ant *Solenopsis invicta* (Hymenoptera: Formicidae). *Ann. Entomological Soc. America* 92: 563-570.

54. Ortí, G., **Pearse, D. E.**, & Avise, J. C. 1997. Phylogenetic assessment of length variation at a microsatellite locus. *Proc. Natl. Acad. Sci.* USA 94: 10745-10749.

**REPORTS:**

-**Pearse, D.**, J. C. Garza, and E. C. Anderson 2023. Genetic Analysis of California Salmonid Populations. Final Report to the US Bureau of Reclamation on IA R15PG0006.

-Goetz, L., E. Chapman, C. Michel, and **D. Pearse**. 2022. Genetic Analysis of Rainbow Trout (*Oncorhynchus mykiss*) in California's Putah Creek Watershed. Final Report to the Solano County Water Agency.

-Ford, M., K Nichols, R Waples, EC Anderson, M Kardos, I Koch, G McKinney, MR Miller, J Myers, K Naish, S Narum, KG O'Malley, **D Pearse**, T Seamons, A Spidle, P Swanson, TQ Thompson, K Warheit, S Willis. 2020. Reviewing and synthesizing the state of the science regarding associations between adult run timing and specific genotypes in Chinook salmon and steelhead. NOAA Proc. Report NMFS-NWFSC-PR-2020-06, US Dept. of Commerce.

-**Pearse, D. E.**, Garza J. C., Myer J., Spence, B. 2019. Northern California steelhead DPS-Configuration Review-Panel Report. https://www.fisheries.noaa.gov/action/12-month-finding-petition-list-summer-run-steelhead-northern-california-endangered-under

**ADVISING:**

-Member of PhD committee of Sam Rosenbaum, University of Montana. 2023-**Present**.
-Member of PhD thesis committee of Allyson Sawkins, EEB, UCSC. 2022-**Present**.
-Member of PhD thesis committee of Kara Ryan, EEB, UCSC. 2024-2025.
-Advisor to Laura C. Goetz, PhD Student, EEB, UCSC, 2018-2025.
-Member of PhD thesis committee of Dan Wright, EEB, UCSC. 2019-2022.
-Masters project sponsor to Ronan Le Gall, University of Brest, France. 2020.
-Member of PhD exam committee of Julia Harencar, EEB, UCSC. 2019.
-Masters project sponsor to Noe Barthelemy, University of Brest, France. 2018.
-Post-Doctoral Advisor to Mac Campbell, EEB, UCSC, 2016-2017.
-Advisor to Mary Ables Ray, MS student, EEB, UCSC, 2015-2016.
-Post-Doctoral Advisor to Alicia Abadía -Cardoso, EEB, UCSC, 2014-2015.
-Masters project sponsor to Maeva Leitwein, University of Brest, France. 2014.
-Co-advisor to Martha Arciniega, Dept. of Ocean Sciences, UCSC. MS 2017.
-Member of PhD thesis committee of Kim Tenggardjaja, EEB, UCSC. 2010-2014.
-Member of PhD thesis committee of Alexis Jackson, EEB, UCSC. 2010-2014.
-Co-advisor to Andrés Martínez, Dept. of Ocean Sciences, UCSC. MS 2008.
-Member of master's thesis committee of Quinn Shurtliff, BYU, 2002-2003.

**TEACHING:**

-EEB Biol295: Natural History of the Genome, w/Rachel Meyer. Spring 2024.
-EEB Biol295: Natural History of the Genome, w/Rachel Meyer. Winter 2022.
-EEB Biol295: Topics in Conservation Genetics/omics, w/Rachel Meyer. Winter 2020.
-EEB Biol295: Applied Conservation Genetics/omics, w/Kristen Ruegg. Winter 2018.
-EEB Biol295: Invasion Genetics, w/Ingrid Parker. Winter 2017.

**CONTRACTS AND GRANTS, AND AWARDS:**

| | |
|---|---|
| US Bureau of Reclamation Inter-agency Agreement. | PI, $665,596, 2023-2025. |
| Mokelumne River Partnership Fund | Co-PI, $99,658, 2022-2024. |
| Solano County Water Agency | Co-PI, $125,844, 2020-2022. |
| California Conservation Genomics Program | Co-PI, $49,350, 2020-2022 |
| US Bureau of Reclamation Inter-agency Agreement. | PI, $1,445,493, 2015-2019. |
| NMFS West Coast Region, Hydro Division. | PI, $126,200, 2015-2017. |
| CA DF&W Fisheries Restoration Grant. | PI, $189,088, 2013-2016. |
| UCSC Institute of Marine Sciences Packard Foundation, | Co-PI, $15,000, 2013-2014. |
| CA Dept. of Fish & Game Fisheries Restoration Grant Program. | Co-PI, $618,312, 2010-2013. |
| UC Mexus faculty grant program. | PI. $15,000, 2009-2010. |
| CA Dept. of Fish & Game Fisheries Restoration Grant Program. | Co-PI, $299,066, 2007-2009. |
| Monterey Bay National Marine Sanctuary SIMoN grant. | PI, $7,167, 2007. |
| Oregon Dept. of Fish & Wildlife research funding. | PI, $25,000, 2006-2007. |

NOAA Bronze Medal Award for superior federal service,  2007

CA Sea Grant support for *Coastwide Salmonid Genetics Meeting*.  PI, $5,374. 2006.

CA Dept. of Fish & Game Fisheries Restoration Grant Program,  PI, $78,164. 2006-2007.

David M. Kennedy Center for International Studies, Brigham Young University, $2,179. 2003.

Linnaeus Fund Research Award, Chelonian Research Foundation, $1,000. 2002.

University of Georgia Doctoral Dissertation Completion Fellowship. 2000.

NIH training grant, Dept. of Genetics, UGA. 1997, 1998, 1999.

Robert M. Norris Undergraduate Research Fund, UC Natural Reserve System. 1996.