

United States District Court
Eastern District of California

SAN FRANCISCO BAYKEEPER, et al.

Plaintiff(s)

Case Number: 2:26-cv-00671-JLT-EPG

V.

U.S. BUREAU OF RECLAMATION, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Tanya Helbig _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
The State Water Contractors

On _____ (date), I was admitted to practice and presently in good standing in the
Supreme Court of Washington _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
N/A

Date: 07/08/2026            Signature of Applicant: /s/ Tanya Helbig

**Pro Hac Vice Attorney**

Applicant's Name: Tanya Helbig

Law Firm Name: VAN NESS FELDMAN LLP

Address: 1191 Second Avenue, Suite 1800

City: Seattle    State: WA    Zip: 98101

Phone Number w/Area Code: (206) 623-9372

City and State of Residence: Seattle, WA

Primary E-mail Address: thelbig@vnf.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison Elaine McAdam

Law Firm Name: VAN NESS FELDMAN LLP

Address: 3717 Mt. Diablo Blvd., Suite 200

City: Lafayette    State: CA    Zip: 94549

Phone Number w/Area Code: (925) 282-8016    Bar # 226836

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7-8-2026

/s/ Erin P. Gross

JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 63030 |
| OF | ) | **CERTIFICATE** |
| TANYA HELBIG | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

## TANYA HELBIG

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 2024, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 16th day of June, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court