**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. BUERAU OF RECLAMATION, et al.,<br>Federal Defendants,<br><br>and<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, STATE WATER CONTRACTORS, FRIANT WATER AUTHORITY, and ARVIN-EDISON WATER STORAGE DISTRICT,<br>Defendant-Intervenors. | Case No. 2:26-cv-00671-JLT-EPG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR BRIEFING SCHEDULE** |

**[~~PROPOSED~~] ORDER**

The deadlines and page limits regarding remaining briefing on Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 47, shall be as follows:

Federal Defendants will address the relevant legal standards per the Court's July 9th Order, Dkt. No. 61, in their PI opposition brief, due on July 13, 2026. Federal Defendants' brief may be 30 pages.

SLDMWA and Westlands will jointly file a 7-page preliminary injunction opposition brief on July 13, 2026, per the Court's July 2, 2026 Order, Dkt. No. 56 at 9. On or before July 16, 2026, SLDMWA and Westlands may jointly file a 3-page brief limited to addressing the relevant legal standards per the Court's July 9th Order. The July 16 brief shall not be duplicative of any brief filed on July 13.[1]

Plaintiffs will address the relevant legal standards per the Court's July 9th Order in their reply brief, due on July 22, 2026. Plaintiffs' reply to Federal Defendants' brief may be 15 pages.

Federal Defendants may, if necessary, file a 2-page sur-reply addressing the relevant legal standards per the Court's July 9th Order on or before July 24, 2026.

IT IS SO ORDERED.

Dated: July 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] Given that the other Defendant Intervenors do not oppose this stipulation (*see* Doc. 66 at 2) yet are allocated no pages in this briefing schedule, the Court presumes that they will not be submitting further briefing in relation to the motion for preliminary injunction.