UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>U.S. BURAEU OF RECLAMATION, *et al.*,<br><br>Federal Defendants,<br><br>And<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, STATE WATER CONTRACTORS, FRIANT WATER AUTHORITY, and ARVIN-EDISON WATER STORAGE DISTRICT,<br><br>Defendant-Intervenors. | No. 2:26-cv-00671-JLT-EPG<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND FEDERAL DEFENDANTS' DEADLINE TO PRODUCE THE ADMINISTRATIVE RECORD<br><br>(ECF No. 83) |

On August 7, 2026, the Federal Defendants in this action filed a motion seeking administrative relief to extend the deadline for these defendants to produce the administrative record. (ECF No. 83). The motion provided the following information:

> Pursuant to Local Rule 233, Federal Defendants respectfully request that the Court extend the deadline for Federal Defendants to produce the administrative records by thirty days, from August 21 to September 21, 2026. Federal Defendants conferred with counsel for Plaintiffs and all Defendant-Intervenors regarding this motion via email, and they represented that they do not object to a 30-day extension of Federal Defendants' deadline to produce the administrative records. Federal Defendants provide the following grounds in support of this motion:
>
> Plaintiffs and Federal Defendants filed a Joint Scheduling Report on June 11, 2026. Dkt. No. 43.

Following a scheduling conference on June 18, 2026, the Court issued a Scheduling Conference Order, setting a deadline for Federal Defendants to produce the administrative records by August 21, 2026. Dkt. Nos. 44, 45.

On June 19, 2026, Plaintiffs filed their First Amended Complaint adding factual allegations and modifying their claims. Dkt. No. 46.

On June 24, 2026, Plaintiffs filed a motion for temporary restraining order and motion for preliminary injunction. Dkt. No. 47. The parties briefed these motions extensively throughout the end of June and the month of July. Agency staff devoted substantial time to the litigation of these motions, including by preparing multiple declarations. See Dkt. Nos. 50-9, 5010, 69-3, 69-4, 76-3, 81-5.

Additionally, as part of the Court's order granting Defendant-Intervenors' motions to intervene in part, the Court has ordered the Parties to establish a revised briefing schedule for this case within 30 days of completion of briefing and any hearing on the preliminary injunction motion. Dkt. No. 56 at 10. The last brief regarding the motion for preliminary injunction was submitted on July 29, and no hearing was held. See Dkt. No. 81.

Federal Defendants request a 30-day extension of the current deadline to produce the administrative records. Federal Defendants' requested extension is supported by good cause.  Federal Defendants require more time to prepare the administrative records given the new allegations in the First Amended Complaint and the time spent litigating the motion for temporary restraining order and motion for preliminary injunction. Plaintiffs and DefendantIntervenors do not object to this extension. Counsel for Federal Defendants also spoke with counsel for Plaintiffs and Defendant-Intervenors regarding the revised briefing schedule, and the Parties intend to submit a revised schedule by August 28, 2026, that would propose new dates for the remaining deadlines in this case.

Thus, Federal Defendants respectfully request that the Court extend Federal Defendants' deadline to produce the administrative records by 30 days to September 21, 2026.

(*Id.*). (internal numbering omitted)

Upon consideration of Federal Defendants' Motion for Administrative Relief to Extend Federal Defendants' Deadline to Produce the Administrative Records (*Id.*), and finding good cause shown, the Court hereby ORDERS that Federal Defendants' deadline to produce the administrative records is extended by thirty days, until September 21, 2026.
IT IS SO ORDERED.

Dated:    **August 10, 2026**

_____/s/ Erica P. Grosj_____
UNITED STATES MAGISTRATE JUDGE

2