SOMACH SIMMONS & DUNN
A Professional Corporation
DOWNEY BRAND LLP

DOWNEY BRAND LLP
MEREDITH E. NIKKEL (Bar No. 254818)
mnikkel@downeybrand.com
SAM BIVINS (Bar No. 300965)
sbivins@downeybrand.com
NICOLAS CHAPMAN (Bar No. 340661)
nchapman@downeybrand.com
BAILIE SIRHALL (Bar No. 364163)
bsirhall@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Sacramento River Settlement Contractors and Tehama-Colusa Canal Authority

SOMACH SIMMONS & DUNN
A Professional Corporation
ANDREW M. HITCHINGS (Bar No. 154554)
ahitchings@somachlaw.com
BRITTANY K. JOHNSON (Bar No. 282001)
bjohnson@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, California 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Sacramento River Settlement Contractors and Glenn-Colusa Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, NATIONAL MARINE FISHERIES SERVICE, DOUG BURGUM, in his official capacity as the Secretary of the Interior, HOWARD LUTNICK, in his official capacity as the Secretary of Commerce, and SCOTT CAMERON, in his official capacity as the Acting Commissioner of the U.S. Bureau of Reclamation,<br><br>Defendants. | Case No. 2:26-CV-00671–JLT–EPG<br><br>**JOINT STIPULATION FOR INTERVENTION; [~~PROPOSED~~] ORDER GRANTING INTERVENTION**<br><br>Judge: Hon. Jennifer L. Thurston |

SOMACH SIMMONS & DUNN
A Professional Corporation

DOWNEY BRAND LLP

This stipulation is entered into by Plaintiffs San Francisco Baykeeper, Center for Biological Diversity, and Friends of the River ("Plaintiffs"); Defendants U.S. Bureau of Reclamation, National Marine Fisheries Service, Doug Burgum, in his official capacity as Secretary of the Interior, Howard Lutnick, in his official capacity as Secretary of Commerce, and Scott Cameron, in his official capacity as Acting Commissioner of the U.S. Bureau of Reclamation ("Federal Defendants"); Defendant-Intervenors the San Luis & Delta-Mendota Water Authority ("SLDMWA"), Westlands Water District ("Westlands"), Friant Water Authority ("Friant"), Arvin-Edison Water Storage District ("Arvin-Edison"), State Water Contractors ("SWC"), and Contra Costa Water District ("CCWD") (collectively "Defendant-Intervenors"); and the Tehama-Colusa Canal Authority ("TCCA"), Glenn-Colusa Irrigation District ("GCID"), and Sacramento River Settlement Contractors Corporation ("Corporation" and, collectively with GCID and TCCA, the "Sacramento River Intervenors"). Plaintiffs, Federal Defendants, Defendant-Intervenors, and Sacramento River Intervenors are collectively referred to as the "Parties."

**RECITALS**

WHEREAS, Plaintiffs filed this action on March 3, 2026, challenging actions of the United States Bureau of Reclamation ("Reclamation") and the National Marine Fisheries Service relating to the federal Central Valley Project's ("CVP") compliance with the 2024 Biological Opinion addressing the effects of coordinated long-term operation of the CVP and State Water Project on listed species. Dkt. No. 1.

WHEREAS, on June 19, 2026, Plaintiffs filed the First Amended Complaint, which includes allegations regarding Reclamation's operation of Shasta Dam and Reservoir and implementation of the Shasta Framework contained in the 2024 Biological Opinion. Dkt. No. 46.

WHEREAS, the Defendant-Intervenors moved to intervene, Dkt. Nos. 6, 11, 25, and 32. Plaintiffs opposed the motions, Dkt. Nos. 22, 31, 39. This Court entered an Order granting, in part, the motions and allowing permissive intervention under Federal Rule of Civil Procedure 24(b) subject to conditions intended to avoid duplicative briefing and unnecessary multiplication of the proceedings. Dkt. No. 56.

WHEREAS, the Sacramento River Intervenors seek to participate in this action as defendant-intervenors subject to the same conditions and limitations on participation imposed by the Court's July 2, 2026 Order. Dkt. No. 56 at 8-9.

WHEREAS, TCCA is a joint exercise of powers authority whose 17 member agencies hold water service and/or repayment contracts with the Bureau of Reclamation for water supply that is stored, pumped, and conveyed by the CVP and delivered along the Tehama-Colusa and Corning Canals in the Sacramento Valley.

WHEREAS, the Corporation is a non-profit, mutual-benefit corporation whose members are entities and individuals ("SRS Contractors") with senior water rights on the Sacramento River and its tributaries, and who hold Sacramento River Settlement Contracts with Reclamation. These contracts settled the SRS Contractors' protests to the issuance of Reclamation's water rights for the CVP.

WHEREAS, GCID holds a Sacramento River Settlement Contract with Reclamation for the diversion and use of water from the Sacramento River and tributaries thereto.

WHEREAS, the Sacramento River Intervenors contend that they have unique interests in the operation of the CVP and in this litigation that diverge from, and are not coextensive with, the interests of Federal Defendants and Defendant-Intervenors.

WHEREAS, to avoid motion practice, and given the Court's prior decision granting, in part, permissive intervention, Dkt. No. 56, the Parties have agreed that the Sacramento River Intervenors may permissively intervene pursuant to Federal Rule of Civil Procedure 24(b), subject to the terms set forth in Dkt. No. 56.

WHEREAS, Plaintiffs do not concede that the Sacramento River Intervenors satisfy the requirements for intervention as of right under Federal Rule of Civil Procedure 24(a), or that permissive intervention is consistent with *Spangler v. Pasadena City Bd. of Educ.,* 552 F.2d 1326, 1329 (9th Cir. 1977) and its progeny, and neither this Stipulation nor Plaintiffs' agreement to permissive intervention shall be construed as such a concession or as establishing any precedent concerning intervention, permissive or as of right, in this or any other action.

SOMACH SIMMONS & DUNN
A Professional Corporation

DOWNEY BRAND LLP

## STIPULATION

**NOW, THEREFORE**, the Parties hereby stipulate, through their respective counsel, as follows:

1. The Sacramento River Intervenors may intervene in this action as defendant-intervenors pursuant to Federal Rule of Civil Procedure 24(b).

2. The Sacramento River Intervenors shall be subject to the conditions and limitations on Defendant-Intervenors' participation established by the Court's July 2, 2026 Order, Dkt. No. 56, including the requirements concerning coordination of briefing, avoidance of duplicative arguments, and procedures governing Defendant-Intervenors' participation in future motion practice.

3. For purposes of briefing limitations and coordination requirements applicable to Defendant-Intervenors, the Corporation, GCID, and TCCA shall constitute a single intervenor group, the "Sacramento River Intervenors," unless otherwise ordered by the Court.

4. The Sacramento River Intervenors shall file their answer to Plaintiffs' operative complaint within seven (7) days after entry of the Court's order approving this Stipulation.

5. This Stipulation is limited to permissive intervention under Federal Rule of Civil Procedure 24(b) subject to the conditions identified in Dkt. No. 56. Nothing in this Stipulation or the resulting Order shall be construed as an admission, concession, determination, or precedent concerning intervention as of right, the *Spangler* factors, or the nature of the Sacramento River Intervenors' interests in CVP operations or this litigation.

DATED: August 25, 2026 DOWNEY BRAND LLP

By: *s/ Meredith E. Nikkel (as authorized on 8/24/26)*
MEREDITH E. NIKKEL
Attorneys for SACRAMENTO RIVER SETTLEMENT CONTRACTORS CORPORATION and TEHAMA-COLUSA CANAL AUTHORITY

**[SIGNATURES CONTINUED ON NEXT PAGE]**

DATED: August 25, 2026

SOMACH, SIMMONS & DUNN,
A Professional Corporation

By: *s/ Andrew M. Hitchings*
ANDREW M. HITCHINGS
BRITTANY K. JOHNSON
Attorneys for SACRAMENTO RIVER SETTLEMENT CONTRACTORS CORPORATION and GLENN-COLUSA IRRIGATION DISTRICT

DATED: August 25, 2026

SAN FRANCISCO BAYKEEPER

By: *s/ Eric J. Buescher (as authorized on 8/24/26)*
ERIC J. BUESCHER
CHISTINA D. RALSTON
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DATED: August 25, 2026

CENTER FOR BIOLOGICAL DIVERSITY

By: *s/ Harrison Beck (as authorized on 8/24/26)*
HARRISON BECK
JOHN BUSE
Attorneys for Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE RIVER

DATED: August 25, 2026

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION

By: *s/ Kamela A. Caschette (as authorized on 8/24/26)*
ADAM R.F. GUSTAFSON
NICOLE M. SMITH
KAMELA A. CASCHETTE
CAITLYN F. COOK
Attorneys for FEDERAL DEFENDANTS

SOMACH SIMMONS & DUNN
A Professional Corporation

DOWNEY BRAND LLP

DATED: August 25, 2026

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: *s/ Daniel J. O'Hanlon (as authorized on 8/24/26)*
DANIEL J. O'HANLON
Attorneys for Defendant-Intervenor SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

DATED: August 25, 2026

KAPLAN KIRSCH LLP

By: *s/ Matthew G. Adams (as authorized on 8/24/26)*
MATTHEW G. ADAMS
WILLIAM D. MARSH
THOMAS J. SAYRE
Attorneys for Intervenor-Defendants FRIANT WATER AUTHORITY and ARVIN-EDISON WATER STORAGE DISTRICT

DATED: August 25, 2026

VAN NESS FELDMAN LLP

By: *s/ Jenna R. Mandell-Rice (as authorized on 8/24/26)*
JENNA R. MANDELL-RICE
ALLISON E. MCADAM
Attorneys for Intervenor
STATE WATER CONTRACTORS

DATED: August 25, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Elisabeth L. Esposito (as authorized on 8/24/26)*
SCOTT S. SLATER
ELISABETH L. ESPOSITO
MARY C. LOUM
BELLA K. SEWALL
Attorneys for Defendant-Intervenors WESTLANDS WATER DISTRICT, WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1, and WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2

DATED: August 25, 2026

BKS LAW FIRM, PC

By: *s/ Jennifer T. Buckman (as authorized on 8/25/26)*
JENNIFER T. BUCKMAN
ZACHARY CASTAGNOLA-JOHNSON
Attorneys for Defendant-Intervenor
CONTRA COSTA WATER DISTRICT

**[~~PROPOSED~~] ORDER**

Having considered the Parties' stipulation, the Court hereby **GRANTS** Sacramento River Settlement Contractors Corporation, Glenn-Colusa Irrigation District, and Tehama-Colusa Canal Authority ("Sacramento River Intervenors") permission to intervene in this action as defendant-intervenors pursuant to Federal Rule of Civil Procedure 24(b), subject to the terms of the Stipulation and the Court's July 2, 2026, Order (Dkt. No. 56). The Sacramento River Intervenors shall file their answer to Plaintiffs' operative complaint within seven days of entry of this Order.

IT IS SO ORDERED.

Dated: September 1, 2026

UNITED STATES DISTRICT JUDGE

SOMACH SIMMONS & DUNN
A Professional Corporation

DOWNEY BRAND LLP