John Buse (CA Bar No. 163156)
Harrison Beck (CA Bar No. 341717)
Jared Margolis (OR Bar No. 146145, admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375, Oakland, CA 94612
Tel: (510) 844-7100
Fax: (510) 844-7150
jbuse@biologicaldiversity.org
hbeck@biologicaldiversity.org
jmargolis@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Friends of the River*

Eric J. Buescher (CA Bar No. 271323)
Christina D. Ralston (CA Bar No. 362848)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700
eric@baykeeper.org
christie@baykeeper.org

*Attorneys for Plaintiff San Francisco Baykeeper*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No.: 2:26-CV-00671–JLT–EPG<br><br>**[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE**<br><br>Judge: Hon. Jennifer L. Thurston<br><br>Action Filed: March 2, 2026 |

**[~~PROPOSED~~] ORDER**

Upon consideration of the Joint Proposed Briefing Schedule submitted by Plaintiffs San Francisco Baykeeper, the Center for Biological Diversity, and Friends of the River ("Plaintiffs"),

Defendants the U.S. Bureau of Reclamation, National Marine Fisheries Service, Howard Lutnick, Scott Cameron, and Doug Burgum ("Federal Defendants"), and Defendant-Intervenors the San Luis & Delta-Mendota Water Authority, Westlands Water District, Friant Water Authority, Arvin-Edison Water Storage District, State Water Contractors, Contra Costa Water District, Tehama-Colusa Canal Authority, Glenn-Colusa Irrigation District, and Sacramento River Settlement Contractors Corporation (collectively "Defendant-Intervenors" and with Plaintiffs and Federal Defendants, the "Parties") on September 18, 2026 (Dkt. No. 98), the Court hereby establishes the following briefing schedule:

**Motions for Summary Judgment**

*Proposed New Schedule – Plaintiffs' and Federal Defendants' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | November 20, 2026[1] (or 30 days after Order on Motion(s) to Augment, Complete, or Supplement the Administrative Record) |
| Federal Defendants' Opposition and Cross Motion for Summary Judgment | January 15, 2027 (or 56 days after Plaintiffs' Motion for Summary Judgment is filed) |
| Plaintiffs' Opposition and Reply to Federal Defendants | February 26, 2027 (or 42 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment) |
| Federal Defendants' Reply | April 2, 2027 (or 28 days after Plaintiffs' Opposition and Reply are filed) |

*Proposed New Schedule – Defendant-Intervenors' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | November 20, 2026 (or 30 days after Order on Motion(s) to Augment, Complete, or Supplement the Administrative Record) |
| Defendant-Intervenors to share Statement of Issues they wish to brief individually or jointly in coordination with other Defendant-Intervenors with all Parties | January 22, 2027 (or 7 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment are filed) |
| Plaintiffs and Federal Defendants to provide responses to Defendant-Intervenors' Statement of Issues | January 27, 2027 (or 5 days after identification of issues by Defendant-Intervenors) |

[1] The parties propose a deadline for filing Plaintiff's motion for summary judgment before the briefing on the motions to augment the record is complete. Presumably, the schedule contemplates that the motion to augment may not be filed, and the Court assumes also the deadline is the date stated or 30 days the Court rules on the motion to augment, *whichever is later*.

| | |
|---|---|
| Defendant-Intervenors to file Combined Statement of Issues specifying issues each individual Defendant-Intervenor and/or group of Defendant-Intervenors wish to brief and required page numbers | February 1, 2027 (or 5 days after response from Federal Defendants and Plaintiffs) |
| Defendant-Intervenors' Opposition(s) and Cross Motion(s) for Summary Judgment and associated briefs due, with briefs limited to those issues authorized by Court | 21 days after Court Order |
| Plaintiffs' Opposition(s) to Cross Motion(s) and Reply(s) to Defendant-Intervenors' Opposition(s) | 28 days after Defendant-Intervenor briefs are filed |
| Defendant-Intervenors' Reply briefs due, limited to responding to those issues previously identified by the Combined Statement of Issues | 14 days after Plaintiffs' Opposition(s) and Reply(s) to Intervenors |

**Motions to Augment Record**

*Proposed New Schedule*

| | |
|---|---|
| Federal Defendants to produce initial Administrative Record | September 21, 2026 |
| Plaintiffs and Defendant-Intervenors to identify additional materials for the Administrative Record | October 12, 2026 |
| Federal Defendants to produce final Administrative Record or statement that no documents are being added to initial Administrative Record | October 30, 2026 |
| Motions to Supplement, Complete, or Augment the Administrative Record to be filed[2] | November 17, 2026 |
| Federal Defendants' Opposition to Administrative Record motion(s) | December 8, 2026 |
| Reply briefs regarding Administrative Record motions | December 18, 2026 |

IT IS SO ORDERED.

Dated: October 19, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[2] Plaintiffs and Defendant-Intervenors **SHALL** meet and confer to avoid duplication of requests **and** all parties **SHALL** meet and confer to attempt to resolve the need for filing such a motion.