UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>U.S. BURAEU OF RECLAMATION, *et al.,*<br><br>Federal Defendants,<br><br>And<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, STATE WATER CONTRACTORS, FRIANT WATER AUTHORITY, and ARVIN-EDISON WATER STORAGE DISTRICT,<br><br>Defendant-Intervenors. | No. 2:26-cv-00671-JLT-EPG<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND FEDERAL DEFENDANTS' DEADLINE TO PRODUCE THE ADMINISTRATIVE RECORD<br><br>(ECF No. 104) |

On October 30, 2026, the Federal Defendants in this action filed a motion seeking administrative relief to extend the deadline for these defendants to produce the administrative record. (ECF No. 104). The motion provided the following information:

> Pursuant to Local Rule 233, Federal Defendants respectfully request that the Court extend the deadline for Federal Defendants to produce the administrative records by thirty days, from August 21 to September 21, 2026. Federal Defendants conferred with counsel for Plaintiffs and all Defendant-Intervenors regarding this motion via email, and they represented that they do not object to a 30-day extension of Federal Defendants' deadline to produce the administrative records. Federal Defendants provide the following grounds in support of this motion:
>
> The parties filed a Joint Scheduling Report proposing a litigation schedule for this matter on September 18, 2026. Dkt. No. 98. The Court issued an Order entering the proposed schedule. Dkt. No. 103.

> Federal Defendants lodged the administrative records on September 21, 2026. Dkt. No. 99.
>
> Plaintiffs and Defendant-Intervenors have notified Federal Defendants of a large number of documents that they contend should be included in the administrative records.
>
> Federal Defendants' current deadline to lodge completed administrative records is October 30, 2026. Dkt. No. 103 at 4.
>
> Federal Defendants request an extension of the current deadline to produce the completed administrative records until November 16, 2026. Federal Defendants' requested extension is supported by good cause. Federal Defendants require more time to review the documents proposed by the parties for inclusion in the administrative records and to prepare the completed administrative records given the volume of documents to consider and unanticipated staffing changes within the U.S. Bureau of Reclamation. Plaintiffs and Defendant-Intervenors do not object to this extension. Counsel for Federal Defendants also spoke with counsel for Plaintiffs and Defendant-Intervenors regarding extending the remaining deadlines in the current briefing schedule, and Federal Defendants intend to submit a revised schedule by November 6, 2026, that would propose new dates for the remaining deadlines in this case. Thus, Federal Defendants respectfully request that the Court extend Federal Defendants' deadline to produce the completed administrative records to November 16, 2026.

(*Id.*). (internal numbering omitted)

Upon consideration of Federal Defendants' Motion for Administrative Relief to Extend Federal Defendants' Deadline to Produce the Administrative Records (*Id.*), and finding good cause shown, the Court hereby ORDERS that Federal Defendants' deadline to produce the administrative records is extended until November 16, 2026.

IT IS SO ORDERED.

Dated: **November 3, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE