UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>U.S. BURAEU OF RECLAMATION, *et al.*,<br><br>Federal Defendants,<br><br>And<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, STATE WATER CONTRACTORS, FRIANT WATER AUTHORITY, and ARVIN-EDISON WATER STORAGE DISTRICT,<br><br>Defendant-Intervenors. | No. 2:26-cv-00671-JLT-EPG<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND FEDERAL DEFENDANTS' DEADLINE TO PRODUCE THE ADMINISTRATIVE RECORD<br><br>(ECF No. 104) |

On November 6, 2026, the Federal Defendants in this action filed an unopposed motion seeking administrative relief to extend the litigation deadlines. (ECF No. 106). The motion provided the following information:

> Pursuant to Local Rule 233, Federal Defendants respectfully request that the Court extend the deadlines for this litigation as specified below. Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors regarding this motion via email, and they represented that they do not object to the extensions proposed in this motion. Federal Defendants provide the following grounds in support of this motion:
>
> The parties filed a Joint Scheduling Report proposing a litigation schedule for this matter on September 18, 2026. Dkt. No. 98. The Court issued an Order entering the proposed schedule. Dkt. No. 103.
>
> Federal Defendants moved for an extension of the deadline to lodge completed

administrative records until November 16, 2026. Dkt. No. 104. The Court granted that motion on November 3, 2026. Dkt. No. 105.

Federal Defendants have conferred with the parties regarding appropriate extensions of the remaining litigation deadlines in this matter in light of the extension of the deadline to lodge completed administrative records. These extensions are supported by good cause. The current deadline to file a motion to supplement, complete, or augment the administrative record is November 17, 2026—one day after Federal Defendants' deadline to lodge the completed administrative records. The proposed extensions will provide the parties with adequate time to review the completed administrative records before determining whether to file a record motion.

Plaintiffs and Defendant-Intervenors do not object to the proposed extensions. Thus, Federal Defendants respectfully request that the Court enter an order extending the litigation deadlines as follows:

**Motions to Augment Record**

| | |
|---|---|
| Federal Defendants to produce final Administrative Record or statement that no documents are being added to initial Administrative Record | November 16, 2026 |
| Motions to Supplement, Complete, or Augment the Administrative Record to be filed | December 11, 2026 |
| Federal Defendants' Opposition to Administrative Record motion(s) | January 8, 2026 |
| Reply briefs regarding Administrative Record motions | January 19, 2026 |

**Motions for Summary Judgment**

*Plaintiffs' and Federal Defendants' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | December 15, 2026 (or 30 days after Order on Motion(s) to Augment, Complete, or Supplement the Administrative Record) |
| Federal Defendants' Opposition and Cross Motion for Summary Judgment | February 2, 2027 (or 56 days after Plaintiffs' Motion for Summary Judgment is filed) |
| Plaintiffs' Opposition and Reply to Federal Defendants | March 16, 2027 (or 42 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment) |
| Federal Defendants' Reply | April 13, 2027 (or 28 days after Plaintiffs' Opposition and Reply are filed) |

*Defendant-Intervenors' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | December 15, 2026 (or 30 days after Order on |

| | |
|---|---|
| | Motion(s) to Augment, Complete, or Supplement the Administrative Record) |
| Defendant-Intervenors to share Statement of Issues they wish to brief individually or jointly in coordination with other Defendant-Intervenors with all Parties | February 9, 2027 (or 7 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment are filed) |
| Plaintiffs and Federal Defendants to provide responses to Defendant-Intervenors' Statement of Issues | February 16, 2027 (or 7 days after identification of issues by Defendant-Intervenors) |
| Defendant-Intervenors to file Combined Statement of Issues specifying issues each individual Defendant-Intervenor and/or group of Defendant-Intervenors wish to brief and required page numbers | February 23, 2027 (or 7 days after response from Federal Defendants and Plaintiffs) |
| Defendant-Intervenors' Opposition(s) and Cross Motion(s) for Summary Judgment and associated briefs due, with briefs limited to those issues authorized by Court | 21 days after Court Order |
| Plaintiffs' Opposition(s) to Cross Motion(s) and Reply(s) to Defendant-Intervenors' Opposition(s) | 28 days after Defendant-Intervenor briefs are filed |
| Defendant-Intervenors' Reply briefs due, limited to responding to those issues previously identified by the Combined Statement of Issues | 14 days after Plaintiffs' Opposition(s) and Reply(s) to Intervenors |

(*Id.*). (internal numbering omitted).

///

///

///

ORDER

Upon consideration of Federal Defendants' Motion for Administrative Relief to Extend the Litigation Deadlines (ECF No. 106), and finding good cause shown, the Court hereby ORDERS that litigation schedule for this case should be as follows:

**Motions to Augment Record**

| | |
|---|---|
| Federal Defendants to produce final Administrative Record or statement that no documents are being added to initial Administrative Record | November 16, 2026 |
| Motions to Supplement, Complete, or Augment the Administrative Record to be filed[1] | December 11, 2026 |
| Federal Defendants' Opposition to Administrative Record motion(s) | January 8, 2027 |
| Reply briefs regarding Administrative Record motions | January 19, 2027 |

**Motions for Summary Judgment**

*Plaintiffs' and Federal Defendants' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | December 15, 2026 (or 30 days after Order on Motion(s) to Augment, Complete, or Supplement the Administrative Record) |
| Federal Defendants' Opposition and Cross Motion for Summary Judgment | February 2, 2027 (or 56 days after Plaintiffs' Motion for Summary Judgment is filed) |
| Plaintiffs' Opposition and Reply to Federal Defendants | March 16, 2027 (or 42 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment) |
| Federal Defendants' Reply | April 13, 2027 (or 28 days after Plaintiffs' Opposition and Reply are filed) |

*Defendant-Intervenors' Motions*

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | December 15, 2026 (or 30 days after Order on Motion(s) to Augment, Complete, or |

[1] Plaintiffs and Defendant-Intervenors to meet and confer to avoid duplication of requests. To the extent Defendant-Intervenors seek to supplement, complete, or augment the Administrative Record with different records than Plaintiffs, any party may file a motion.

| | |
|---|---|
| | Supplement the Administrative Record) |
| Defendant-Intervenors to share Statement of Issues they wish to brief individually or jointly in coordination with other Defendant-Intervenors with all Parties | February 9, 2027 (or 7 days after Federal Defendants' Opposition and Cross Motion for Summary Judgment are filed) |
| Plaintiffs and Federal Defendants to provide responses to Defendant-Intervenors' Statement of Issues | February 16, 2027 (or 7 days after identification of issues by Defendant-Intervenors) |
| Defendant-Intervenors to file Combined Statement of Issues specifying issues each individual Defendant-Intervenor and/or group of Defendant-Intervenors wish to brief and required page numbers | February 23, 2027 (or 7 days after response from Federal Defendants and Plaintiffs) |
| Defendant-Intervenors' Opposition(s) and Cross Motion(s) for Summary Judgment and associated briefs due, with briefs limited to those issues authorized by Court | 21 days after Court Order |
| Plaintiffs' Opposition(s) to Cross Motion(s) and Reply(s) to Defendant-Intervenors' Opposition(s) | 28 days after Defendant-Intervenor briefs are filed |
| Defendant-Intervenors' Reply briefs due, limited to responding to those issues previously identified by the Combined Statement of Issues | 14 days after Plaintiffs' Opposition(s) and Reply(s) to Intervenors |

IT IS SO ORDERED.

Dated: **November 9, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE